TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br>v.<br><br>MoneyLion Technologies Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AS TO PLAINTIFFS ELENA BISQUERA AND JASON JONES**<br><br>Date: October 23, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2 (via Zoom)<br>Judge: Hon. Sunshine S. Sykes |



TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on October 23, 2026, at 2:00 p.m. or as soon thereafter as this matter may be heard via Zoom before Hon. Sunshine S. Sykes in Courtroom 2 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, Defendants MoneyLion Technologies Inc., ML Plus LLC, and MoneyLion of California LLC (collectively, "MoneyLion"), will and hereby do move, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, for an order compelling Elena Bisquera and Jason Jones (collectively, "Plaintiffs") to arbitrate their claims on an individual basis, and enforcing the parties' class action waiver. Plaintiffs' claims are subject to mandatory arbitration provisions and cannot be adjudicated in this Court. By default, hearings must proceed remotely by video on Zoom unless an in-person appearance is requested and granted. Per this Court's Standing Order, a proposed order has been lodged concurrently and emailed in Microsoft Word format to SSS_Chambers@cacd.uscourts.gov.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Malavika Lobo, all papers and pleadings on file in this action, and any further evidence or argument as may be presented to the Court in connection with this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 17, 2026, at 1:30 p.m. Attorneys Elizabeth Holt Andrews and Erin E. Edwards were present for MoneyLion, and Noah Heinz was present for Plaintiffs. The audio conference call was 15 minutes in duration and MoneyLion's intended motion to compel arbitration was discussed in detail. The parties were unable to resolve whether Bisquera's and Jones's claims are subject to arbitration under the relevant arbitration agreement.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

Dated: September 14, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC