TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

Elena Bisquera, et al.,

Plaintiffs,

v.

MoneyLion Technologies Inc., et al.,

Defendants.

Case No. 5:26-cv-03296-SSS-E

**DECLARATION OF MALAVIKA LOBO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO PLAINTIFFS ELENA BISQUERA AND JASON JONES**

I, Malavika Lobo, declare the following:

1. I am currently employed by Gen Digital Inc. as Senior Corporate Counsel, a position I have held since January 2026.

2. On April 17, 2025, Gen Digital Inc. acquired MoneyLion Technologies Inc. ("MoneyLion").

3. I submit this Declaration in support of Defendants' Motion to Compel Arbitration as to Plaintiffs Elena Bisquera and Jason Jones.

4. I am of legal age and am competent to make this declaration. My statements in this declaration are based on my personal knowledge as well as my review of records maintained in MoneyLion's ordinary course of business. If called to testify regarding the facts in this declaration, I could and would testify competently to those facts.

5. ML Plus LLC and MoneyLion of California LLC are wholly owned subsidiaries of MoneyLion Technologies Inc., which in turn is wholly owned by Gen Digital Inc., a publicly traded company. ML Plus LLC offers financial products and membership services through the MoneyLion platform. MoneyLion of California LLC is responsible for originating, servicing, and facilitating consumer products and services to California residents.

6. MoneyLion operates a technology platform that empowers customers to improve their financial health. The platform offers a variety of tools and resources for customers to build their credit, grow their savings, earn money from side projects, and explore content on a host of finance-related topics. Among MoneyLion's offerings are Instacash, an earned wage access product offered by ML Plus LLC, and Credit Builder Loans, which help customers build their credit health.

7. More specifically, Instacash is an earned wage access product that allows users to request an advance of their earned wages, with approved users qualifying for advances of up to $500. To sign up for Instacash, users provide their bank account information to MoneyLion, and MoneyLion decides whether to approve them for Instacash. Instacash has no impact on a user's credit score, and a credit check is not required. Users who receive an Instacash advance can do so for free—there are no interest charges or fees for Instacash advances sent through standard delivery, which

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

takes between one and five business days due to processing times for automated clearing house transactions. Attached as **Exhibit A** is a compilation of relevant FAQs available on MoneyLion's website, which are accessible by clicking the "FAQs" link at the bottom of MoneyLion's webpage (www.moneylion.com) or by accessing help.moneylion.com.

8. Users can also elect to expedite their Instacash advance so it arrives within minutes by paying an optional express delivery fee (sometimes called a "Turbo Fee"). Express delivery functions the same as express shipping for merchandise and expedited fund transfers offered by many popular digital wallet products. MoneyLion also allows users to provide a tip to show their appreciation. Tips are completely optional and have no bearing on access to Instacash. MoneyLion makes this clear to users before ever providing a tip. *See* Ex. A.

9. Another MoneyLion product is the Credit Builder Loan—a secured installment loan offered through MoneyLion's Credit Builder Plus membership program (formerly known as the "MoneyLion Plus" membership program), and designed to help borrowers build positive payment history. The Credit Builder Loan provides a consumer-friendly avenue for customers to improve their credit scores through MoneyLion's reporting of full, consistent payments on the loan to the national consumer reporting agencies. Specifically, under the Credit Builder Loan program, rather than immediately disbursing the loan principal to the customer, MoneyLion holds the principal either partially or fully in an interest-bearing credit reserve account in the customer's name, with interest on those funds paid to the customer. Once the borrower completes the required loan payments, MoneyLion releases the principal to the customer in full, with interest. *See* Ex. A.

10. Credit Builder Loans are available to customers who are members of MoneyLion's Credit Builder Plus membership program ("CB Plus") (formerly known

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

as the "MoneyLion Plus" membership program), which includes a comprehensive package of financial products and services other than the Credit Builder Loan. Those products include a managed investment account; credit monitoring and fraud alerts; the Lion's Share loyalty program, a robust cashback program for checking-account customers; and an array of financial literacy resources and budgeting tools. *See* Ex. A.

11. Because of my duties, I have become personally familiar with the systems and records that relate to and track various agreements that MoneyLion's customers accept as part of their use of the MoneyLion platform. Through my responsibilities, I have also become personally familiar with the way customer account information is logged and stored in the ordinary course of business, and I understand how to retrieve such records and information.

12. I understand that Plaintiffs brought this action and that their allegations relate to, among other things, the terms under which MoneyLion's Instacash and Credit Builder Loan products are offered to customers, including charges labeled as "turbo fees," "tips," and "monthly membership fees."

13. I have reviewed the MoneyLion account information and records for Plaintiffs Bisquera and Jones, which MoneyLion keeps in the ordinary course of business (the "Records"). Included in these Records is information related to (1) Bisquera's and Jones's usage of the MoneyLion platform, including their use of Instacash and Credit Builder Loan products; (2) the arbitration agreement and terms that both Bisquera and Jones accepted before using MoneyLion's products; and (3) the Frequently Asked Questions ("FAQs") posted on MoneyLion's website. The Records were entered into MoneyLion's systems at or about the time of the events stated therein by persons with knowledge of their contents. MoneyLion maintains the Records in the course of its regularly conducted business activities.

14. All customers, including Bisquera and Jones, are required to agree to MoneyLion's Agreement for Resolving Disputes in order to use the MoneyLion platform.

15. On October 14, 2025, when signing up for MoneyLion's products, Bisquera was presented with a sign-up screen stating: "By creating an account, I accept the Electronic Transaction Esign Consent, Arbitration & Waivers Agreements, Privacy Policy and Terms and Conditions." Each document referenced was hyperlinked to the agreement described. All agreements are also available to users in the profile section of their MoneyLion portal under "membership" and "membership documents," providing the opportunity to review them at any time after sign-up.

16. On October 14, 2025, Bisquera selected "Create free account" on the prompt, which generated her electronically signed Agreement for Resolving Disputes. Plaintiff Bisquera completed this process on MoneyLion's mobile application. A true and correct copy of Bisquera's electronically signed Agreement for Resolving Disputes ("Arbitration Agreement") is attached as **Exhibit B**. True and correct screen prints of Bisquera's signing process for the Agreement for Resolving Disputes are attached as **Exhibit C**.

17. On April 29, 2019, Plaintiff Jones signed up for a MoneyLion account on MoneyLion's website. At that time, he entered into MoneyLion's prior version of the Agreement for Resolving Disputes. Additionally, on June 5, 2019, Jones entered into the MoneyLion Plus membership agreement, a membership that preceded the Credit Builder Plus membership.

18. On June 7, 2024, Jones entered into MoneyLion's updated 2024 Agreement for Resolving Disputes when accessing his account on MoneyLion's mobile application. Specifically, when Jones logged into the mobile application, he was presented with a screen stating: "NEW TERMS AND POLICIES." The

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

hyperlinked Agreement for Resolving Disputes was listed on the screen. Additionally, the screen stated: "By clicking '**Agree**,' you accept the updated MoneyLion Terms of Service, Agreement for Resolving Disputes, and Privacy Policy. . . ." Jones agreed by clicking "**Agree**" on the prompt, which generated his electronically signed Agreement for Resolving Disputes. A true and correct copy of Jones's electronically signed Agreement for Resolving Disputes ("Arbitration Agreement") is attached as **Exhibit D.** A true and correct screen print of what was presented to Jones on MoneyLion's mobile application during the signing process for the Agreement for Resolving Disputes is attached as **Exhibit E.**

19. The Arbitration Agreement defines "MoneyLion" to include "MoneyLion Technologies Inc. and all its past, present, and future parents, subsidiaries, affiliates, and related entities, including MoneyLion Inc., as well as all of MoneyLion's directors, officers, employees, consultants, service providers, licensees, agents, predecessors in interests, successors, and assigns." This definition encompasses ML Plus LLC and MoneyLion of California LLC. *See* Ex. B at 2.

20. The Arbitration Agreement defines "Claim" to mean "any past, present, or future dispute or controversy between you and MoneyLion, whether or not presently known, that relates in any way to your use of or access to the MoneyLion Platform or to any product or service offered by or through the MoneyLion Platform." This includes claims relating to Instacash, Credit Builder Loans, monthly membership fees, and any other products or services offered through the MoneyLion Platform. *See* Ex. B at 2-3.

21. The Arbitration Agreement contains a provision permitting each customer to opt out of arbitration by mailing a notice to MoneyLion within 30 days of the customer's acceptance of the Arbitration Agreement. *See* Ex. B at 5. MoneyLion did not receive an opt-out notice from either Plaintiff, and the 30-day

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

periods during which Plaintiffs could have opted out of the Arbitration Agreement have expired. *See* Ex. B.

22. The Arbitration Agreement was presented to Bisquera and Jones in a manner designed to ensure informed consent. Specifically: (a) the in-app prompt identified the Arbitration Agreement (*i.e.*, the "Arbitration & Waivers Agreements") and provided a hyperlink to the full text of the agreement, allowing Bisquera and Jones to review all of its terms, including the arbitration provision, before clicking "Create free account"; (b) the opt-out provision permitted Bisquera and Jones to reject arbitration within 30 calendar days, and MoneyLion offered to reimburse the cost of certified mail postage if Bisquera or Jones chose to send an opt-out notice by that method; (c) opting out would not have affected Bisquera's or Jones's access to or use of the MoneyLion platform, any of MoneyLion's products or services, or Bisquera's or Jones's ability to obtain credit from MoneyLion; and (d) the Arbitration Agreement's provisions are bilateral: both MoneyLion and the customer waive the right to a jury trial and the right to participate in class actions.

23. In addition, on October 15, 2025, Bisquera agreed to the Credit Builder Plus Membership Agreement, which expressly states that the Agreement for Resolving Disputes extends to that Membership Agreement and all disputes arising out of or related to it. Plaintiff Bisquera completed this process on MoneyLion's mobile application. Specifically, Plaintiff Bisquera was presented with a sign-up screen stating: "By tapping 'Looks good,' I agree to the Credit Builder Plus terms. Additionally, I agree to sign up for FREE Credit Monitoring which includes monthly credit reports, alerts that keep me up to date with changes to my credit report and personalized offers from partners. I agree to the Credit Monitoring Authorization." The "Credit Builder Plus terms" include the following three agreements, all of which were hyperlinked within the terms: the Credit Builder Plus Membership Agreement,

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

the Credit Monitoring Credit Report Authorization, and the MoneyLion Wallet Terms & Conditions. By Bisquera clicking "Looks good"," to the Credit Builder Plus terms, Bisquera generated her electronically signed Credit Builder Plus Membership Agreement. A true and correct copy of Bisquera's Credit Builder Plus Membership Agreement is attached as **Exhibit F**. True and correct screen prints of Bisquera's signing process for the Credit Builder Plus Membership Agreement are attached as **Exhibit G**.

24. Bisquera also obtained a Credit Builder Plus loan from MoneyLion on October 15, 2025. In connection with obtaining the loan, Bisquera signed a Pledge and Security Agreement. The Pledge and Security Agreement expressly states:

> **NOTICE OF AGREEMENTS FOR RESOLVING DISPUTES AND ARBITRATION**. Before signing this Agreement, you should carefully review the Agreements for Resolving Disputes ("Disputes Agreement") to which you have already agreed and which includes the Arbitration Provision (as defined therein). The Disputes Agreement is incorporated herein by reference as if fully set forth herein, and shall be expressly deemed to include the Lender making the Loan to You.

The Agreement for Resolving Disputes was available to Bisquera in the profile section of her MoneyLion portal under "membership" and "membership documents," providing Bisquera the opportunity to review the updated Agreement for Resolving Disputes at any time before or after signing. Bisquera electronically signed the Pledge and Security Agreement on October 15, 2025. A true and correct copy of Bisquera's Pledge and Security Agreement is attached as **Exhibit H.**

25. Jones also obtained a Credit Builder Plus loan from MoneyLion on January 9, 2025. In connection with obtaining the loan, Jones signed a Pledge and Security Agreement. The Pledge and Security Agreement expressly states:



TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**NOTICE OF AGREEMENTS FOR RESOLVING DISPUTES AND ARBITRATION**. Before signing this Agreement, you should carefully review the Agreements for Resolving Disputes ("Disputes Agreement") to which you have already agreed and which includes the Arbitration Provision (as defined therein). The Disputes Agreement is incorporated herein by reference as if fully set forth herein, and shall be expressly deemed to include the Lender making the Loan to You.

The Agreement for Resolving Disputes was available to Jones in the profile section of his MoneyLion portal under "membership" and "membership documents," providing Jones the opportunity to review the updated Agreement for Resolving Disputes at any time before or after signing. Jones electronically signed the Pledge and Security Agreement on January 9, 2025. A true and correct copy of Jones's Pledge and Security Agreement is attached as **Exhibit I.**

26. The Credit Builder Plus Membership Agreement expressly states:

MOREOVER, YOU ACKNOWLEDGE THAT, UNLESS YOU HAVE OPTED OUT, THE MONEYLION AGREEMENT FOR RESOLVING DISPUTES (WHICH INCLUDES AN ARBITRATION PROVISION), TO WHICH YOU ARE ALREADY A PARTY, EXTENDS TO THIS MEMBERSHIP AGREEMENT, AND THE DEFINITION OF 'CLAIM' THEREIN INCLUDES ANY DISPUTE ARISING OUT OF OR RELATED TO THIS MEMBERSHIP AGREEMENT OR THE ACTIVITIES OR RELATIONSHIPS THAT INVOLVE, ARE CONNECTED TO, OR RESULT FROM THIS MEMBERSHIP AGREEMENT OR THE MEMBERSHIP SERVICES.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

27. Each time Bisquera and Jones requested Instacash advances, they did so through either the MoneyLion website and/or the MoneyLion mobile application. And every interaction Bisquera and Jones had with MoneyLion with respect to their Credit Builder Loans and the "CB Plus" program, and/or the ML Plus membership, occurred through either the MoneyLion website and/or the MoneyLion mobile application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on September 14, 2026.

Signed by:
Malavika Lobo
88C898B97D7541C...

Malavika Lobo

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057