# EXHIBIT A

MoneyLion

Help Center > Instacash

Search the knowledgebase...

# What is Instacash®?

June 23 2026 11:29am • Est. Read Time: 2 MIN

Need some extra cash before payday? Instacash lets you access a portion of your paycheck **with no interest, no mandatory fees*, and no credit check.** It's a **cash advance, not a loan**, so no debt collectors and no reporting to credit bureaus. Just flexible cash when you need it.

**How Fast Can You Get It?**

- **Standard delivery:** Funds arrive in your external account **within 5 business days. (MoneyLion Spend account holder?** Get it in **about 2 business days.)**
- **Turbo delivery:** Need it *ASAP*? Get your cash in **minutes** for a fee.

*(Fees may vary based on your state—we don't make the rules, but we do follow them. )*

## Tipping: Totally Up to You

If you want to support Instacash, you can leave a tip. Tipping helps show your appreciation for the service, but **whether or not you tip won't affect your limit or eligibility.** It's totally optional—No pressure, no judgment.

**Learn more about Instacash®**

What is Trial Instacash®?
Qualifying for Instacash®
Determining Instacash® Limits
Instacash® Boosts
How to request Instacash®
Calculating Instacash® Repayment
Repaying Instacash®
Deferring Instacash® Repayment

Feedback

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*Business days are Mondays through Fridays, excluding bank holidays.*

**Fees apply for optional Turbo delivery within minutes.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion®

Help Center > Instacash

Search the knowledgebase...

# Qualifying for Instacash®

June 23 2026 11:32am • Est. Read Time: 4 MIN

Want to start using Instacash? The account you link determines your max limit, so make sure it's the one receiving your **direct deposits.** If your eligible amount seems low, double-check that you're linking the right account.

## Qualify Using an External Checking Account

1️⃣ Open the MoneyLion app & tap **Instacash** in the **Accounts** tab.
2️⃣ Link your checking account using your bank login.
3️⃣ Don't see your bank? Enter your **routing + account number** manually.
4️⃣ You may need to verify your identity—keep a **photo ID + a selfie** ready.
5️⃣ If you qualify, tap **Get Instacash now** & accept the Terms.

## Checking Account & Income Requirements

To qualify, your linked checking account must:

✅ Be **at least 60 days old**
✅ Receive **regular income deposits**
✅ Be **registered in your name**

💰 **Qualifying income deposits:**

- Payroll paychecks
- Government benefits
- Pension payments

❌ **Non-qualifying deposits:**

- Transfers, ATM deposits, or in-app check deposits
- Cash deposits
- A **single** paycheck from a new job

Feedback

- Transfers from apps like Zelle, Venmo, or Cash App

🚨 You'll need at least **three recurring direct deposits from the same employer** or provider on a **consistent schedule** (weekly, biweekly, semi-monthly, or monthly).

🚫 **Savings & money market accounts won't qualify.**

## Qualify Faster with MoneyLion Spend

Want to skip the wait? Open a MoneyLion Spend **account**, set up **recurring direct deposits**, and not only will you qualify, but you might get a **higher Instacash limit—up to $1,000.** 🤑

## Other Ways to Qualify

💳 If you've been **approved for a Credit Builder Loan** with an **upfront disbursement,** you **may** qualify for Instacash automatically!

## Identity Verification Requirements

MoneyLion may ask for ID verification, so:
📌 Use your **exact** bank-registered name.
📌 Make sure it matches **public records.**

---

Feedback

## Why You Might Not Qualify for Instacash®

Can't access Instacash? Here's why (and how to fix it):

❌ **No Linked Bank Account** – Instacash needs an account to pull from. Make sure you've linked the one where your direct deposits land.
❌ **Irregular Paychecks** – If your income isn't on a consistent schedule, MoneyLion might not verify it or may take longer to verify that they're regular deposits. Don't forget—we need three recurring detected direct deposits.
❌ **Account age** – Try linking an account that is at least 60 days old.
❌ **Missed Loan Payments** – If you have a **Credit Builder Loan** and missed a payment, that might affect your eligibility.
❌ **Bank Connection Issues** – If MoneyLion can't access your bank, refresh your connection in the app.

## What Happens After You Qualify?

- **Link an external account:** Start with a minimum of **$10 Instacash**
- **First direct deposit of at least $5 to MoneyLion Spend?** Unlock **$50**
- **Keep your qualifying recurring direct deposits steady, and you could increase your limit to the max**

**Fix It Fast:** Keep your account active, maintain direct deposits, and avoid overdrafts. If you changed banks, give it time for MoneyLion to recognize your history.

## Need to Check or Change Your Linked Bank Account?

- Open the app, go to **Instacash**, and tap **Manage** next to your balance.
- If eligible, you'll see your linked account & eligibility details.
- Tap **Manage** to switch to a different account.

Feedback

Still have questions about qualifying for Instacash? Let us know!

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*Increased Instacash limit requires recurring direct deposit into MoneyLion Spend account. Instacash is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. See Instacash Terms and Conditions for more information, including eligibility requirements.*

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

*Credit Builder loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder loan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and FORM ADV.*

*Credit score improvement is not guaranteed. A soft credit pull will be conducted which has no impact to your credit score. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations. MoneyLion is not a Credit Services Organization.*

Feedback

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback

MoneyLion®

Help Center > Instacash

Search the knowledgebase...

# Instacash® Boosts

September 10 2025 12:20pm • Est. Read Time: 3 MIN

An Instacash Boost is like a turbocharger for your cash advance limit. Complete specific actions within the MoneyLion app, and your Instacash® limit gets a temporary lift! Sometimes, we may sprinkle a little Boost magic for promotions.

---

Feedback

### Peer Boosts: Get a Boost from Your Friends!

Sharing is caring, and with Peer Boosts, your friends can help increase your Instacash limit! Here's how it works:

- Invite your friends to send you a Peer Boost through the MoneyLion app.
- Each friend who sends you a boost temporarily increases your available Instacash.
- You can return the favor and send boosts to others, too!

It's an easy way to give and get a little extra cash when you need it. Just make sure to check your app for Peer Boost availability and terms. If you've hit your monthly limit on Peer Boosts, don't worry—it resets at the start of next month!

Learn more about RoarTag and MoneyLion Pay to help "boost" your Instacash® experience.

### Peer Boost Community

Want to connect with other Instacash lovers? Try joining the Peer Boost Community! To join or enter a community, tap on your Inbox at the top right of your home screen.

- If you have not joined, you will see a banner under the Messages tab prompting you to join the Peer Boost Community.
- If you have joined, the Peer Boost Community will appear as a message channel under the Messages tab.

Participate by requesting or sending a Peer Boost so everyone gets more Instacash! If you've already received a Boost from someone in the current calendar month, you can return the favor by sending a Peer Boost back to the sender, regardless of whether you've qualified for Instacash.

Feedback

### Qualifying for Peer Boosts

Only customers who have qualified for standard Instacash can send Peer Boosts. Anyone using MoneyLion can receive a Peer Boost, but they can only claim the boost once they've qualified for standard Instacash or have completed Trial Instacash.

**Heads up**: You can get one boost each from up to 5 friends per month.

### What happens when my Boost expires?

When time's up on a specific Boost, your Instacash limit will return to its pre-boost amount. But don't fret!

### Can I combine Boosts?

Each action earns its own unique boost. Some boosts might stack, while others won't. Always check the terms and conditions for each promotion to see if you can pile them on.

### How will I know if I earned a Boost?

We'll keep you in the loop! Notifications will pop up in the app to let you know when you've earned a boost. Plus, you can always check your current Instacash limit in the app to see the magic in action.

### Why can't I access my Boost?

Lost access to your Boost? Here's why it might be locked down:

🚨 **Unpaid Instacash** – If your Instacash balance isn't repaid by the scheduled repayment date, you won't be able to access Boosts until it's repaid.
⏳ **Deferred Instacash Balances** – Got a deferred repayment? Your Boost access is on hold until you clear it.
❌ **Missed Credit Builder Loan Payments** – Falling behind on Credit Builder? That can block Boosts too.

**Trial Instacash users**—your Boosts stay locked until you complete all assigned tasks. Once you do, you'll unlock full access to Instacash.

Feedback

### What's the catch?

No hidden puppeteers here! Instacash Boosts are our way of rewarding you for engaging with the MoneyLion app or celebrating special days and occasions. Just complete the specified actions, and the boost is yours—no sneaky fees or secret handshakes required.

Still have questions about Boosts? Let us know!

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*The $5 Instacash® Boost will increase your Instacash® advance limit for the calendar month in which it is received. Can only be used if eligible for Instacash® at the time of use and can only be used once. You may only receive one Boost from up to 5 friends per month.*

*Boosts are subject to terms and conditions. Instacash increased limit is temporary. MoneyLion determines the availability of Boosts at its discretion. Boosts will not be available if your Instacash balance is unpaid after its scheduled repayment date, you have unpaid deferred Instacash balances, or you have late or missed payments on your Credit Builder loan. Any Boosts you received while still on Trial Instacash cannot be utilized (i.e. increase your limit) until you have completed the program.*

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Instacash

Search the knowledgebase...

# Calculating Instacash® Repayment

June 23 2026 11:34am • Est. Read Time: 2 MIN

So, you got yourself an **Instacash advance**—nice move! But now, you're wondering how repayment works. No worries, we've got you covered. Here's everything you need to know about how your repayment cycle is calculated and scheduled.

## Factors That Determine Your Instacash® Repayment Amount

Your repayment amount is influenced by three key factors:

1. **Base advance amount** – The amount of cash you request.
2. **Delivery method** – **Turbo delivery** (for access within minutes) comes with a fee, while **standard delivery** is free.
3. **Optional tips** – These are 100% up to you and do not affect your eligibility.

💡 **Heads up:** The term **"cycle"** refers to the time between paycheck deposits into your eligibility account.

Feedback

## Scheduling Your Instacash Repayment Date ⏳

Your **Instacash repayment date** is scheduled based on your predicted direct deposit. Our system takes up to three direct deposit cycles to accurately determine your max limit and payment schedule. If the prediction isn't precise enough, we'll set your repayment date at least a **week later** to give you more time.

You can always check your **unpaid balance** and **scheduled repayment date(s)** on your **Instacash dashboard** in the MoneyLion app.

## Handling Requests Close to Your Next Deposit Date

When an **Instacash request** is made too close to your next expected deposit date, we automatically move the repayment date to the **next scheduled deposit date** to ensure you have sufficient time to repay.

**Keep in mind**: this is why you might see advances with different repayment dates—it all depends on when you or[...] requested them.

### Need More Time to Repay? We've Got Your Back! 🙌

Life happens. If your repayment date is approaching and you're unable to cover it, don't panic—we have options to help you out. **Learn more about your repayment options here**.

That's it! Now you're fully equipped to navigate your **Instacash repayment cycle** like a pro. 🚀

Still have questions about repaying Instacash? Reach out to us!

---

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

# Deferring Instacash® Repayment

October 13 2025 1:01pm • Est. Read Time: 2 MIN

Life happens, and sometimes you need a little flexibility with your Instacash repayment date. The good news? You're in control! We do our best to align your repayment date with your next deposit, but if it doesn't line up just right, **you can adjust it in the MoneyLion app**. Here's how:

## Adjusting Your Repayment Date in the MoneyLion App 📲

1. **Open the MoneyLion app** and go to the **Accounts** tab.
2. Tap on **Instacash** to enter the **Instacash dashboard**.
3. Tap the **Manage** button in the **Scheduled Repayment** section.
4. Choose a **new repayment date** from the available options.
5. Tap **Confirm repayment date**, and you're all set! ✅

🔔 **Heads-up:** You can only adjust your repayment date **two (2) days before** the earliest scheduled repayment date.

## Need Even More Time? Defer Your Repayment! ⏳

We get it—sometimes, you need extra breathing room. If you need to **defer your repayment date further**, you may be eligible to push it back by up to **two weeks**, as long as:

- You **don't have any pending Instacash payments**.
- You **haven't already deferred this repayment cycle**.

### How to Defer Your Repayment Date:

1. Click on the **Inbox** icon in the **top right corner** of the app.
2. Select **Chat Support**.
3. Choose **Instacash > Instacash Repayment > Defer Instacash Repayment**.
4. Pick a new repayment date that works for you!

Feedback

After deferment, your **new repayment date** will be reflected in your **Instacash dashboard**. No worries—any unpaid repayments **won't be debited** until your deferred repayment date. 🛑 💸

💡 **Reminder:** Instacash isn't a loan, and unpaid balances **won't affect your credit score**. However, deferring your repayment **limits your ability to request new advances** until your balance (including any optional Turbo fees and tips) is paid in full.

## Managing Multiple Repayment Dates 🔄

If your repayment date is too close to your next expected deposit, we'll automatically move it to the following deposit date. In this case, you may have **two repayment dates**—one for your previous advance and another for your latest advance. **If you defer a repayment, all unpaid advances will be moved to the same new repayment date** for easier management. 📅

## Need to Stop Repayment Attempts? 🛑

If you no longer wish to repay your advances, you can **revoke your payment authorization** by:

- **Removing your payment method** in the **MoneyLion app**.
- **Contacting Customer Care** at:
  - 📧 customercare@moneylion.com
  - 📞 **1-844-224-0087**
  - ✉️ **ML Plus LLC, Attn Customer Service, 60 E Rio Salado Pkwy Ste. 1000 Tempe, AZ 85281**

⚠️ **Important:** You must notify us **at least three (3) business days** before your scheduled repayment date (Monday–Friday, excluding bank holidays) to allow time for processing.

Still have questions about deferring your Instacash repayment? Give us a shout!

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash® advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors as determined by MoneyLion. See Instacash® Terms and Conditions for more information and eligibility requirements.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

Feedback

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Instacash

Search the knowledgebase...

# What is Trial Instacash®?

October 31 2025 2:03pm • Est. Read Time: 2 MIN

Didn't qualify for standard Instacash®? Trial Instacash® helped customers get a foot in the door with a smaller advance limit and a path to more over time. While it's not open for new enrollments at the moment, those already in the program can continue their journey toward higher limits.

If you're already enrolled, here's some information on how it works:

## How Do You Level Up?

- Repay your advances (including any optional tips and Turbo fees) **on time** to increase your limit.
- Keep it up, and you could unlock the full **Instacash experience with a limit up to $500.** 🎉

## What Perks Come with Completing Trial Instacash?

Once you graduate, you'll unlock:

✅ **The ability to defer your repayment date** (because life happens).
✅ Temporary limit increases with Boosts.

## How to Check Your Progress

Wanna see how close you are to leveling up? Just:

1️⃣ Open your MoneyLion app and head to the **Accounts tab** (bank icon).
2️⃣ Tap **Instacash** to visit your Dashboard.
3️⃣ Hit **Manage** in the "Balance" section.
4️⃣ Boom! You'll see your starting limit, how much it's grown, and what's next.

## Why Didn't I Level Up After Paying Early?

Love the enthusiasm! But Trial Instacash levels up **the day after your scheduled repayment date,** not when you pay early. So sit tight—your upgrade is on the way.

Reach each milestone, and you'll unlock the full Instacash experience in no time! 🚀

Feedback

Still have questions about your Trial Instacash? Reach out, and we'll answer your questions!

---

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*Boosts are subject to terms and conditions. Instacash increased limit is temporary. MoneyLion determines the availability of Boosts at its discretion. Boosts will not be available if your Instacash balance is unpaid after its scheduled repayment date, you have unpaid deferred Instacash balances, or you have late or missed payments on your Credit Builder loan. Any Boosts you received while still on Trial Instacash cannot be utilized (i.e. increase your limit) until you have completed the program.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

Feedback

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center › Instacash

Search the knowledgebase...

# Determining Instacash® Limits

June 23 2026 11:33am • Est. Read Time: 4 MIN

Determining your Instacash limit isn't a mystery—it's based on real factors that help us predict your cash flow. If you've ever wondered why your limit is what it is (or how to make it higher), you're in the right place. This guide breaks down the key factors that impact your Instacash limit and what you can do to get the most out of it.

## How is my Instacash limit decided? 🤔

Your Instacash limit isn't just pulled out of thin air. It's based on several key factors, including:

✅ **How you qualify for Instacash** – You gotta meet the basic requirements first.
🔄 **Regular direct deposits** – We need to detect at least three consistent direct deposits.
🔗 **Your linked account matters** – If you switch your direct deposit to MoneyLion Spend, you could qualify for up to **$1,000 in Instacash!**[1]
📈 **The size of your deposits** – More income, more potential Instacash®.
💳 **Your account history** – If you're on top of your finances, we notice!

The better these factors look and the more you rack up, the higher your Instacash® limit could be!

You could be eligible for anywhere between **$10 and $1,000[1] per request cycle,** depending on your direct deposit account.

- **Recurring direct deposits in an external account?** Access up to $500
- **Add a Credit Builder Loan with a disbursement,** and you could access up to $700
- **Switch your recurring direct deposits into MoneyLion Spend?** You could access up to $1,000[1]

If you're meeting income requirements but still not seeing an increase, hit us up. Our **24/7 support** team is here to investigate and make sure you're getting the best MoneyLion experience.

👉 Learn more about Instacash qualifications

## Instacash Boosts Explained 🚀

Boosts are complimentary, short-term enhancements to your Instacash limit, designed to give you extra financia flexibility when you need it most. These golden opportunities come with a few key characteristics:

Feedback

⏳ **Might expire** – Use 'em before you lose 'em.

🔓 **May require conditions to unlock** – Gotta complete certain tasks first.

📊 **Can be stacked** – More Boosts = more Instacash®!

You can check your active Boosts by tapping the **"Manage"** button in your Instacash dashboard. If you're a Trial Instacash® customer, you can still earn Boosts—you just need to complete all Trial Instacash tasks first.

🔄 **How to Earn Boosts** – Boosts are awarded at MoneyLion's discretion, but you earn Boosts by maintaining a strong deposit history, completing special promotions, or engaging with MoneyLion features.

💡 **Pro Tip:** Keep an eye out for limited-time Boost opportunities—they pop up when you least expect them but can seriously upgrade your Instacash limit!

👉 Learn more about Boosts

---

Feedback

### Why did my eligible Instacash limit change?

Instacash is all about predicting your deposits, but sometimes things shift. Here's why your amount might go up (or down):

🔄 **Deposit changes** – If we detect differences in where, when, or how much you deposit, your limit may change.
📉 **No direct deposit detected** – If we can't confirm your recurring income, your limit might drop as low as $10. It could take **two to three consecutive paychecks** to rebuild your Instacash amount.
💳 **Switched direct deposits to MoneyLion Spend?** – Good move! We'll automatically detect your deposits, but it may take **up to three paychecks** to fully adjust. Keep your old bank linked while we make the switch.

💪 **Got a Credit Builder Loan?** – That's a power move. You could qualify for a limit of up to **$700** instead of $500!

👉 Learn more about Instacash qualifications

### Why can't I request all of my Instacash at once?

We get it—you want all your Instacash *now.* But it's designed to cover small expenses and prevent overdraft fees, not bankroll a shopping spree. You can request **up to $100 per advance** (varies by state) and take multiple advances until you hit your total limit.

Need more? Just request another. Easy.

Got more questions about Instacash limits? Reach out to our Customer Care team!

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*Boosts are subject to terms and conditions. Instacash® increased limit is temporary. MoneyLion determines the availability of Boosts at its discretion. Boosts will not be available if your Instacash balance is unpaid after its scheduled repayment date, you have unpaid deferred Instacash balances, or you have late or missed payments on your Credit Builder loan. Any Boosts you received while still on Trial Instacash® cannot be utilized (i.e. increase your limit) until you have completed the program.*

*MoneyLion is a financial technology company, not a bank. MoneyLion Spenddemand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

*Credit Builder loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder loan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and FORM ADV.*

*Credit score improvement is not guaranteed. A soft credit pull will be conducted which has no impact to your credit score. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations. MoneyLion is not a Credit Services Organization.*

*[1]Increased Instacash limit requires recurring direct deposit into MoneyLion Spend account. Instacash is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. See Instacash Terms and Conditions for more information, including eligibility requirements.*

Feedback

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback

# How to request Instacash®

June 23 2026 11:34am • Est. Read Time: 2 MIN

If you're eligible, requesting funds is quick and hassle-free. Follow these simple steps to get your money moving in minutes!

1. Tap the **Accounts** tab (center icon at the bottom) and select **Instacash**.
2. Tap **Request**.
3. On the next screen, tweak the details:
    - Choose how much cash you need.
    - Pick the account you want it sent to & select your delivery method.
    - Adjust your optional tip (totally up to you!).
4. **Review everything**, hit submit, and boom 💥 —your cash is en route!

💡 **Pro tip:** Tips and Turbo delivery fees don't impact your eligibility, so they're completely optional!

Feedback

## Need Your Cash *Now*? Turbo Delivery to the Rescue ⚡

Standard delivery is **free** (yay!), but if you need your cash *stat*, **Turbo delivery** can send it your way within minutes. The fee rolls into your repayment total, so there's nothing to pay upfront when you request your cash.

| Disbursement Amount | MoneyLion Spend Account Fee | External Account Fee |
|---|---|---|
| $5 or less | $0.49 | $1.99 |
| $10 to $25 | $1.99 | $3.99 |
| $30 to $45 | $2.99 | $4.99 |
| $50 to $65 | $3.99 | $5.99 |

| | | |
|---|---|---|
| $70 to $85 | $5.49 | $7.49 |
| $90 to $100 | $6.99 | $8.99 |

💡 **Heads up:** Turbo fees may vary depending on your state.

### Didn’t Receive Your Funds? Let’s Figure It Out 🕵️

If your cash isn’t where you expected, check your **Instacash transaction history**—sometimes, you choose to send funds to your **MoneyLion Spend account** when you meant to send them elsewhere. No biggie! You can use the money right away with your **MoneyLion Spend virtual card** or **MoneyLion Mastercard® Debit Card**, or simply transfer it to another account.

Still no sign of your Instacash transfer, or have questions about requesting Instacash? Take a few screenshots showing the missing deposit and reach out!

---

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash Advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors, as determined by MoneyLion. Expedited delivery requires Turbo Fee. See Instacash Terms and Conditions for more information and eligibility requirements.*

*Fees apply for optional Turbo delivery within minutes. Sometimes instant transfers can be delayed. See your Accountholder Agreement for details.*

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

# Repaying Instacash®

June 23 2026 11:35am • Est. Read Time: 3 MIN

Instacash repayments are designed to be **automatic and hassle-free** ✅, ensuring your balance is paid on time without you lifting a finger. When you request Instacash, you agree to our **Automatic Debit Authorization** agreement, which allows MoneyLion to **debit your chosen payment method on the scheduled repayment date**.

## Your Primary Repayment Account Options

Your repayment account can be:

- **Your primary debit card** linked for Instacash repayment 💳
- **Your MoneyLion Spend account** 💰
- **Your linked external bank account** used to qualify for Instacash 🏦



We recommend adding **backup payment accounts** to your MoneyLion Wallet to keep repayments seamless. Making sure you have enough funds in your accounts will make the process hassle-free!

## Repaying Instacash Early 🏃

Want to **get ahead of your payments**? You can repay Instacash early in the MoneyLion app:

1. Open the **MoneyLion app** and tap **Instacash** in the **Accounts** tab.
2. Click the **Repay** button.
3. Choose your repayment account (**external debit card or MoneyLion Spend account**).
4. Input your repayment amount (**full or partial payment**).
5. Review your repayment summary and tap **Pay** to process the transaction.

⏳ **Timing Tip:** If you're making an early payment, initiate it **at least two business days before** your scheduled repayment date to ensure it processes on time. If your manual repayment fails, check your funds and try again—note that for security reasons, only **three (3) manual repayment attempts** are allowed within 24 hours.

## Understanding Pending Payments ⏳

If your payment is still **pending** after a day, it's likely due to the **payment method used**:

- **Bank account payments** can take up to **five (5) business days** to clear.
- **Debit card payments** generally post **on the same day**.

Still waiting for your payment to post? Give us a shout, and we'll take a look.

---

Feedback

## How to View or Change Your Repayment Account

**To View Your Primary Repayment Account:**

1. Open the **MoneyLion App** and go to the **My Accounts** tab.
2. Tap on **Instacash** to enter the Instacash dashboard.
3. Your primary repayment method is displayed in the **Repayment method** section.

**To Change Your Primary Repayment Account:**

1. Tap on the **Manage** button to update your payment methods.
2. Select an existing card from your **wallet** or tap **Add new card**.
3. When adding a debit card, ensure it:
    - Is issued in **your name**
    - Is linked to a **checking account with sufficient funds**
    - Is **not a MoneyLion Debit Mastercard® or MoneyLion Spend virtual card**
    - Is **not a prepaid card or credit card**
    - Has an **expiration date at least one month away**
4. Enter your new debit card details and click **Next**.
5. Confirm your billing address and click **Next**.

Feedback

Once authorized, this new debit card will be your primary payment method for all future Instacash repayments. If you wish to remove a previous debit card, you can do so at this step.

👉 Learn more about the MoneyLion Wallet to manage your payments with ease.

### What happens if you have insufficient funds? 😬

We try to help you **avoid unnecessary fees** by attempting a **partial repayment first**. Additional attempts will be made later until your full balance is repaid. 🔄 💰

💡 **Pro Tip:** Adding a **backup payment account** can help cover your balance and prevent repayment disruptions. 🏦 ✅

### What if you miss your repayment date? 🚨

If your balance remains **unpaid** after the repayment date, you **won't be able to request additional advances** until your previous balance (including Turbo fees) is repaid.

You can **withdraw automatic payment authorizations** at any time by:

- Removing the payment method from your MoneyLion Wallet
- Contacting **Customer Care** at customercare@moneylion.com or calling **1-844-224-0087**
- Mailing a request to **ML Plus LLC, Attn: Customer Service, P.O. Box 1547, Sandy, UT 84091-1547**

⚠️ **Important:** Notify us **at least three (3) business days** before your scheduled repayment date to process your withdrawal request in time. ⏳ ✅

**Need more time to repay?** Learn more about deferring your Instacash® repayment date.

Still have questions about repaying your Instacash? Let us know!

Feedback

*Instacash® is an optional service offered by MoneyLion. Your available Instacash® advance limit will be displayed to you in the MoneyLion mobile app and may change from time to time. Your limit will be based on your direct deposits, account transaction history, and other factors as determined by MoneyLion. See Instacash® Terms and Conditions for more information and eligibility requirements.*

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is an FDIC-insured depository institution.*

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

# What is the Credit Builder Loan?

October 31 2025 2:10pm • Est. Read Time: 4 MIN

The **Credit Builder Loan** is like a VIP pass to access a powerful credit-building tool. Borrow some cash, make bite-sized payments, and improve your credit health. Easy, right?

### Key benefits:

- 📈 **Credit Building:** On-time payments are reported to all three credit bureaus, which can help boost your credit score.
- 💵 **Savings:** A portion or all of your loan is held in a Credit Reserve Account, helping you earn a little interest as you repay.

Learn more about the difference between credit builder and standard personal loans.

### How does the Credit Builder Loan work?

Once approved for a Credit Builder Loan, you might get some of your loan disbursed to an account of your choice **immediately** while the rest chills in a Credit Reserve Account. As you make **on-time payments**, we report these payments to all three credit bureaus, helping you **build credit**. When you finish paying, you get the **rest of your money** (plus a little **interest** on the side). 🎉

MoneyLion offers **two types** of Credit Builder Loans:

- 💳 **Partially-secured loan**: A portion of the loan is disbursed immediately, while the rest is held in a Credit Reserve Account. You can access the remaining funds once you finish paying your loan, or you can use the funds in the Credit Reserve to pay the remaining balance of your loan.
- 🔐 **Fully-secured loan**: The full loan amount is held in the Credit Reserve Account, and you gain access only after completing all payments.

Feedback

### How do I qualify for a Credit Builder Loan?

You just need to:

- ✅ Be at least 18 years old
- ✅ Be a U.S. citizen or permanent resident
- ✅ Have a valid Social Security number
- ✅ Own a checking account with a positive balance

Applying is easier than your morning coffee order—apply now!

The Annual Percentage Rate (APR) ranges from **5.99% to 29.99%**. 📊 You'll see your loan amount, terms, and APR before committing. To access the loan, you must be a **Credit Builder Plus member**.

**Want to learn more about this credit-building powerhouse?** Click here for more info.

---

Feedback

# Frequently asked questions

*How much upfront cash am I eligible for?*

Your eligibility is based on a mix of factors: creditworthiness, your financial history, and state-specific regulatory guidelines. We take a bunch of things into account to determine your amount, and yep—it can vary. Plus, approval and disbursement go through our standard underwriting process.

The best way to find out what's available to you? Complete the application process and see for yourself!

*Why didn't I get cash up front?*

If your loan didn't come with immediate cash disbursement, you received a fully secured loan. This means your loan funds are held in a Credit Reserve Account until you've finished making payments. This is based on underwriting criteria and your credit history.

*How can I get upfront cash next time?*

Keep making on-time payments to show lenders you're a responsible borrower. Over time, you could qualify for a partially secured loan—meaning you'd get access to some cash upfront while still building credit.

*Can I pay off my loan early?*

You can pay it off early if you want—but here's the thing: we designed this loan to give you the **biggest credit-building potential** over time. Making consistent, on-time payments until the loan is paid off helps boost your credit history the most.

So, while early payoff is an option, sticking to the full loan term might be the best move for max credit impact. 📈 Learn more about your loan payment options.

Feedback

*What happens if I miss a payment?*

Missed payments are reported to all three major credit bureaus after 30 days. To keep things smooth, we help you set up **automatic payments** from your preferred account when you sign your loan agreement so you never forget. Of course, you can always cancel the automatic payments—just make sure to mark your calendars so you don't miss a payment!

Remember—stopping automatic loan payments does not remove the obligation to make payments on your loan. Missed payments will be reported to all three major credit bureaus after 30 days.

*Why keep my membership after paying off my loan?*

**Your Credit Builder Plus Membership isn't just about the loan**—it's about **leveling up** your entire credit game. Stay on top of your finances with credit monitoring, powerful financial tools, and the option to **apply for another loan** when you need it.

Not only that but with the Credit Builder Plus Membership, you gain access to these amazing perks:

- Enhanced Credit Monitoring with weekly credit score updates, personalized insights, and real-time alerts
- Access to a Managed Investing Account with waived monthly fees

- Cashback rewards for engaging in credit-building activities through our Lion's Share Loyalty Program
- Exclusive content and educational tools designed to boost your credit health
- Increased eligibility limits of interest-free Instacash® advances

*How do I cancel?*

**Once you've agreed to the loan terms, you can't cancel the loan.** However, you **can** cancel your Credit Builder Plus **Membership** after the first two months. Sticking with the membership—even if it's just for two months—provides you with the tools and resources needed to start your credit-building journey.

Just keep in mind that **cancelling your membership won't cancel your loan payments**—you'll still need to pay off the full loan balance. Learn more about cancelling your membership.

---

Feedback

*Credit Builder Plus Membership ($19.99/mo) unlocks eligibility for Credit Builder Loans and other exclusive services.*

*Credit Builder Loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder Loan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Membership is required for loan access. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and ML Wealth LLC's FORM ADV. Please also refer to your Loan Agreement.*

*Credit score improvement is not guaranteed. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations.*

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# How does MoneyLion report loan payments to the credit bureaus?

September 14 2021 9:02am

MoneyLion reports your previous month's loan payments to the three major credit bureaus (TransUnion, Experian, and Equifax) the following month. For example, January's loan payments would be reported in February, February's loan payments would be reported in March, etc.

We report on time, late, and missed loan payments. This could have a positive or negative impact on your credit score depending on your individual loan payment history. Once reported, the individual credit bureaus decide on how to reflect your loan payment information as part of your credit report and score.

**Please note we only report loan payments. We do not report membership payments.**

Was this article helpful? YES NO

Feedback

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provid[...] by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercar[...] the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. Money[...]

is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# When does MoneyLion report to the credit bureaus?

August 20 2024 2:44pm • Est. Read Time: 2 MIN

We report a summary of the prior month's activity on your Credit Builder Plus Loan to the three major credit bureaus once a month.

For example, if your loan starts in mid-January, we report your account opening to the credit bureaus in February. If you make your first monthly payment in February, this payment will be reported to the bureaus in March.

Our monthly reporting includes your account balance as of the last day of the month, your account status (open or closed), and your Credit Builder Plus Loan payment history.

It is important to note that it may take a few weeks after we start reporting on your loan for the credit bureaus to update your credit report. It may take even longer to appear on other credit monitoring sites. If you have made a final payment on your loan or additional payments throughout the month, it is important to note that these will not be reflected on your report immediately. It can take up to a month and a half to be reflected in your report. For example:

- Loan payment made June 15th
- MoneyLion reports this payment to the credit bureaus sometime in the first half of July
- The bureaus will reflect the payment by July 31st

Feedback

*Credit score improvement is not guaranteed. A soft credit pull will be conducted which has no impact to your credit score. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations. MoneyLion is not a Credit Services Organization*

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Back to Top ↑

Feedback

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# What is the APR on a Credit Builder Loan?

August 20 2024 2:45pm • Est. Read Time: 2 MIN

The APR for a Credit Builder Plus Loan ranges from 5.99% to 29.99%. When you apply for a Credit Builder Plus Loan, you will be able to review your loan amount and rate, as well as your loan agreement, before deciding whether to accept the loan offer.

Feedback

*Credit Builder Plus membership ($19.99/mo) unlocks eligibility for Credit Builder Plus Loans and other exclusive services. A soft credit pull will be conducted which has no impact to your credit score. Credit Builder Plus Loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are made by either exempt or state-licensed subsidiaries of MoneyLion Inc., and require a loan payment in addition to the membership payment. The Credit Builder Plus Loan may, at lender's discretion, require a portion of the loan proceeds to be deposited into a reserve account maintained by ML Wealth LLC and held by DriveWealth LLC, member SIPC and FINRA. The funds in this account will be placed into money market and/or cash sweep vehicles, and may generate interest at prevailing market rates. You will not be able to access the portion of your loan proceeds held in the credit reserve account until you have paid off your loan, and until your Credit Builder Plus membership payments are current. If you default on your loan, your credit reserve account may be liquidated by the lender to partially or fully satisfy your outstanding indebtedness. May not be available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and FORM ADV.*

*Credit score improvement is not guaranteed. A soft credit pull will be conducted which has no impact to your credit score. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations. MoneyLion is not a Credit Services Organization.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

# How do I qualify for Credit Builder Plus Loan?

June 11 2026 5:05pm • Est. Read Time: 2 MIN

Applying for the Credit Builder Plus Loan is quick and easy in the MoneyLion app. To apply, you must:

- Be at least 18 years old
- Be a US citizen or permanent resident of the US
- Have a Social Security number
- Have a checking or spending account

When you apply, we'll conduct a soft credit pull that will not affect your credit score. You don't need good credit to be eligible. You can even apply if you don't have any credit history at all. Once you link your primary checking or spending account, we'll securely scan your finances to see if you qualify. The account you link must meet, at a minimum, the following criteria:

- A checking or spending account in good standing (determined at MoneyLion's discretion) with a detectable income stream (i.e., it's where you deposit your recurring paychecks or other income). Savings and money market accounts will not qualify.
- The account has been open for at least 60 days.
- The account demonstrates an acceptable balance and active transaction history (determined at MoneyLion's discretion).

We must also be able to verify your identity and account ownership.

- Enter your info as it appears on your bank account. We'll check the info you enter against the details we receive from your linked bank to make sure they match.
- Make sure your info matches your public records. Please double-check details such as your legal name, address, date of birth, and your Social Security Number. We are required to verify these details.

If you're having trouble getting approved for a Credit Builder Plus Loan, there are a couple things you can do to help improve your chances. You can try again when the account has been open for longer and/or had more consistent deposits and positive balance, or try again with a more established checking/spending account.

The Credit Builder Plus Loan is available in most US states:

- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Connecticut
- Delaware
- District of Columbia

Feedback

- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Kansas
- Kentucky
- Louisiana
- Maine
- Massachusetts
- Michigan
- Minnesota
- Missouri
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Texas
- Utah
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

Feedback

*Credit Builder Plus membership ($19.99/mo) unlocks eligibility for Credit Builder Plus Loans and other exclusive services.*

*Credit Builder Plus Loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder PlusLoan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and ML Wealth LLC's FORM ADV. Please also refer to your Loan Agreement.*

*Credit score improvement is not guaranteed. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations.*

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# Frequently Asked Questions

May 22 2025 3:53pm • Est. Read Time: 3 MIN

***How much upfront cash am I eligible for?***

Your eligibility is based on a mix of factors: creditworthiness, your financial history, and state-specific regulatory guidelines. We take a bunch of things into account to determine your amount, and yep—it can vary. Plus, approval and disbursement go through our standard underwriting process.

The best way to find out what's available to you? Complete the application process and see for yourself!

***Why didn't I get cash up front?***

If your loan didn't come with immediate cash disbursement, you received a fully secured loan. This means your loan funds are held in a Credit Reserve Account until you've finished making payments. This is based on underwriting criteria and your credit history.

Feedback

***How can I get upfront cash next time?***

Keep making on-time payments to show lenders you're a responsible borrower. Over time, you could qualify for a partially secured loan—meaning you'd get access to some cash upfront while still building credit.

***Can I pay off my loan early?***

You can pay it off early if you want—but here's the thing: we designed this loan to give you the **biggest credit-building potential** over time. Making consistent, on-time payments until the loan is paid off helps boost your credit history the most.

So, while early payoff is an option, sticking to the full loan term might be the best move for max credit impact. 📈 Learn more about your loan payment options.

***What happens if I miss a payment?***

Missed payments are reported to all three major credit bureaus after 30 days. To keep things smooth, we help yo up **automatic payments** from your preferred account when you sign your loan agreement so you never forget. Of

course, you can always cancel the automatic payments—just make sure to mark your calendars so you don't miss a payment!

Remember—stopping automatic loan payments does not remove the obligation to make payments on your loan. Missed payments will be reported to all three major credit bureaus after 30 days.

### *Why keep my membership after paying off my loan?*

**Your Credit Builder Plus Membership isn't just about the loan**—it's about **leveling up** your entire credit game. Stay on top of your finances with credit monitoring, powerful financial tools, and the option to **apply for another loan** when you need it.

Not only that but with the Credit Builder Plus Membership, you gain access to these amazing perks:

- Enhanced Credit Monitoring with weekly credit score updates, personalized insights, and real-time alerts
- Access to a Managed Investing Account with waived monthly fees
- Cashback rewards for engaging in credit-building activities through our Lion's Share Loyalty Program
- Exclusive content and educational tools designed to boost your credit health
- Increased eligibility limits of interest-free Instacash® advances

### *How do I cancel?*

You can cancel your Credit Builder Plus **Membership** after the first two months. Sticking with the membership—even if it's just for two months—provides you with the tools and resources needed to start your credit-building journey.

Just keep in mind that **cancelling your membership won't cancel your loan payments**—you'll still need to pay off the full loan balance.

If you received a fully-secured Credit Builder Plus Loan, where the entire loan amount is held in your Credit Reserve account, you can cancel your loan if:

- You contact Customer Care within the 48-hour window to cancel your loan, and
- You have made no payments on the loan

Once the loan is cancelled, your Credit Builder Plus membership will also be cancelled. You won't have to commit to the membership for two months as initially agreed.

Feedback

*Credit Builder Plus Membership ($19.99/mo) unlocks eligibility for Credit Builder Loans and other exclusive services.*

*Credit Builder Loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder Loan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Membership is required for loan access. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and ML Wealth LLC's FORM ADV. Please also refer to your Loan Agreement.*

*Credit score improvement is not guaranteed. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# Can I refinance my Credit Builder Loan?

October 17 2024 2:55pm

No, we do not allow Credit Builder Loan refinancing at this time.

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Feedback

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# Is my partner able to apply if I already have a Credit Builder Loan?

August 20 2024 2:43pm

Your Credit Builder Loan is individual to you and your accounts. Anyone with whom you share a bank account or household must apply separately for a Credit Builder Plus Loan.

Your partner, spouse, or anyone with whom you share a household will also need to satisfy our eligibility requirements individually to qualify for a Credit Builder Plus Loan. See here for our eligibility requirements. Your partner may link the same checking or spending account as yours if your and your partner's income are deposited into the same account.

Was this article helpful? YES NO

Feedback

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback

MoneyLion

Help Center > Credit Builder Plus Loan

Search the knowledgebase...

# When will I receive my funds once I have signed my loan documents?

August 20 2024 2:44pm

Loans are typically funded within 3 business days after you sign your Credit Builder Plus Loan documents. (Business days are Mondays through Fridays, excluding bank holidays.)

Federal Holidays:
We will continue to process loan applications during any federal holidays; however, funding may be delayed. If your loan is approved either after 1:30 p.m. ET the day before or on a federal holiday, you will typically receive your funds within 3 business days.

Was this article helpful? YES NO

Feedback

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provic
by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercar
the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured,

subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback

# How do I file a dispute with MoneyLion?

June 23 2026 11:36am • Est. Read Time: 2 MIN

How do I file a dispute in the MoneyLion app?

Click on the conversation bubble at the top right corner of the screen in the MoneyLion app. This will open a chatbot conversation. Type “How do I file a dispute?” and follow the prompts.

How do you dispute something on your credit report?

You can dispute errors on your credit report to the three major credit bureaus online:

- Easily navigate TransUnion’s user-friendly online credit dispute service.
- File a new dispute or check the status of an existing one on Experian’s page.
- File a dispute and get your results within 30 days with Equifax’s simple service.

Each bureau must investigate any dispute and correct or remove inaccurate data within a certain period of time.

Can filing a dispute hurt your credit score?

No. However, if information on your credit report changes after your dispute is processed, your credit score could change.

How long do you have to dispute a debit card transaction with your bank?

It depends. If someone uses your ATM or debit card before you report it lost or stolen, your liability depends on how quickly you report it. If someone makes unauthorized transactions with your debit card number, but your card is not lost, you are not liable for those transactions if you report them within 60 days of your statement being sent to you.

Feedback

*MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. MoneyLion Spend is a service mark of MoneyLion. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.*

Was this article helpful? YES NO

## Still have questions?

We're here to help!

Contact Us

Back to Top ↑

Feedback

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

# Credit Builder loans vs. Personal loans

March 6 2025 8:35am • Est. Read Time: 4 MIN

Our Credit Builder Loan, powered by our Credit Builder Plus Membership, is different than your standard personal loan. It's a credit-builder loan designed to help you build or repair your credit with on-time payments. You're probably thinking, ***how*** is it different from a personal loan? Here's how—

## What's a Credit Builder Loan? 🛠️

Our Credit Builder Loan is like a financial trust fall—but with a safety net that is designed to help build your credit. Instead of giving you the full loan amount upfront, we set a portion or all of it aside in a Credit Reserve Account while you make monthly payments, plus interest. As you pay down the loan on time, we report your payment history to all three credit bureaus, which can help boost your credit score. And the best part? You get access to the Credit Reserve funds when you finish paying, plus a little interest on the side.

### Key Features:

- **Purpose:** Designed for folks with little or no credit history to establish or improve their credit scores.
- **Cash Access:** Most credit builder lenders make you wait until you've paid off the loan to access any cash. But with MoneyLion, you could get a portion of your funds upfront—depending on several factors—so you can start building credit and get cash when you need it.
- **Credit Reporting:** Payments are reported to all three major credit bureaus, so timely payments could help boost your credit profile.
- **Availability:** Often offered by credit unions, community banks, and online lenders. Loan amounts typically range from $500 to $1,000, with easy-to-manage 12-month terms.

Feedback

### Who Benefits Most:

These loans benefit **credit rebuilders**, individuals looking to mend a thin or damaged credit file. Both groups can establish or help strengthen their credit history over time by making **on-time payments**.

### Heads-Up:

A credit-builder loan requires **commitment**. Ensure you can consistently make the payments, as missing them can hurt your credit more than help it. If you need cash immediately, this might not be your loan. Since the Credit Reserv funds are only accessible after full repayment, it won't help in an urgent financial pinch.

## How is that different from a personal loan? 💸

A personal loan is straightforward: The lender **gives you money upfront**, and you repay it over time with interest. These loans are based on your creditworthiness and can be used for various purposes, such as buying a car, consolidating debt, or covering unexpected expenses.

### Key Features:

- **Purpose:** Provides immediate funds for a specific need or purchase.
- **Cash Access:** You receive the money once the loan is approved and processed.
- **Credit Reporting:** Your payment history is reported to credit bureaus
- **Availability:** Offered by banks, credit unions, and online lenders, with varying amounts and terms based on creditworthiness.

### Who Benefits Most:

Personal loans are ideal for those who require funds quickly for a specific purpose. Whether it's an **emergency expense**, **a significant purchase**, or **debt consolidation**, these loans provide immediate access to cash when needed. They also work well for individuals with a decent credit history who can qualify for competitive interest rates and favorable loan terms.

### Heads-Up:

A personal loan typically requires a **credit check**, and approval often hinges on having a **good credit score**. Those with lower credit scores might face higher interest rates or even denial. Additionally, borrowing more than you can afford to repay can lead to financial strain, so it's crucial to **borrow responsibly** and stick to a repayment plan.

Feedback

## Bottom line

Need to help build credit without immediate cash? Go for a loan like our Credit Builder Loan. Need funds now with good credit? A personal loan might be your best bet. Either way, pay on time to keep your credit strong and your finances in check! 📈

**Looking for personal loans?** Check out our partner offers in the MoneyLion Marketplace.

*This material is for informational purposes only and should not be construed as financial, legal, or tax advice. You should consult your own financial, legal, and tax advisors before engaging in any transaction. Information, including hypothetical projections of finances, may not take into account taxes, commissions, or other factors which may significantly affect potential outcomes. This material should not be considered an offer or recommendation to buy or sell a security. While information and sources are believed to be accurate, MoneyLion does not guarantee the accuracy or completeness of any information or source provided herein and is under no obligation to update this information. For more information about MoneyLion, please visit https://www.moneylion.com/terms-and-conditions/.*

*Credit Builder Plus Membership ($19.99/mo) unlocks eligibility for Credit Builder Loans and other exclusive services.*

*Credit Builder Loans have an annual percentage rate (APR) ranging from 5.99% APR to 29.99% APR, are offered by affiliates of MoneyLion and subject to approval. The Credit Builder Loan may require a portion of the loan proceeds to be deposited into a Credit Reserve Account maintained by ML Wealth LLC and held in non-marginable securities by DriveWealth LLC, member SIPC and FINRA. Membership is required for loan access. Not available in all states.*

*Credit Reserve Accounts Are Not FDIC Insured • No Bank Guarantee • Investments May Lose Value. For important information and disclaimers relating to the MoneyLion Credit Reserve Account, see Investment Account FAQs and ML Wealth LLC's FORM ADV. Please also refer to your Loan Agreement.*

*Credit score improvement is not guaranteed. Credit scores are independently determined by credit bureaus, and on-time payment history is only one of many factors that such bureaus consider. Your credit score may be negatively impacted by other financial decisions you make, or by activities or services you engage in with other financial services organizations.*

*MoneyLion does not provide, own, control or guarantee third-party products or services accessible through its Marketplace (collectively, "Third-Party Products"). The Third-Party Products are owned, controlled or made available by third parties (the "Third-Party Providers"). Should you choose to purchase any Third-Party Products, the Third-Party Providers' terms and privacy policies apply to your purchase, so you must agree to and understand those terms. The display on the MoneyLion website, app, or platform of any of a Third-Party Product or Third-Party Provider does not-in any way-imply, suggest, or constitute a recommendation by MoneyLion of that Third-Party Product or Third-Party Financial Provider. MoneyLion may receive compensation from third parties for referring you to the third party, their products or to their website.*

Feedback

Was this article helpful? YES NO

# Still have questions?

We're here to help!

Contact Us

Back to Top ↑

MoneyLion is a financial technology company, not a bank. MoneyLion Spend demand deposit account is provided by, and MoneyLion Debit Mastercard® is issued by, Pathward®, National Association, Member, FDIC. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Funds are FDIC insured, subject to applicable limitations and restrictions, when we receive the funds deposited to your account. MoneyLion is not itself a bank or a FDIC-insured institution and the FDIC's deposit insurance coverage only protects against the failure of a FDIC-insured institution. Pathward, National Association is a FDIC-insured depository institution.

Powered by Kustomer

Feedback