# EXHIBIT C

MoneyLion

# Let's create your account!

First name

Last name

Email

Password

At least 8 characters long
At least 1 uppercase letter, 1 lowercase letter, 1 number
At least 1 special character

Confirm password

Already have an account? Sign in

Create account

By creating an account, I accept the Electronic Transaction Esign Consent, Arbitration & Waivers Agreements, Privacy Policy and Terms and Conditions