# EXHIBIT E

# NEW TERMS AND POLICIES

MoneyLion is updating the following terms and policies:

- Terms of Service to reflect new enhancements to our products and services.
- Agreement for Resolving Disputes to be more specific about the procedures for resolving disputes relating to your use of the MoneyLion platform.
- Privacy Policy to reflect our evolving business, provide additional information about how personal information is processed, and address upcoming laws and regulations.

By clicking **"Agree"**, you accept the updated MoneyLion Terms of Service, Agreement for Resolving Disputes, and Privacy Policy. If after July 15, 2024, you have not accepted the new terms and policies, they will automatically take effect, and your continued use of the MoneyLion platform confirms your agreement to the updated terms and policies.

If you have any questions, please contact us at customercare@moneylion.com.

**Agree**

**Skip for now**