# EXHIBIT F

# MoneyLion Credit Builder Plus Membership Agreement

### Updated September 9, 2024

This MoneyLion Credit Builder Plus Membership Agreement ("**Membership Agreement**") sets out the terms and conditions for your Credit Builder Plus Membership (the "**Membership**") provided by ML Plus LLC, and your access to the products, content, rewards, offers and other services made available to you as part of your Membership. "**You**," "**your**," or "**Member**" shall refer to the user of the Membership. The term "**MoneyLion**," "**we**," "**our**," or "**us**" includes ML Plus LLC, its parents, subsidiaries and affiliates. Please read this Membership Agreement carefully, as it governs your use of the services provided under the Membership (the "**Membership Services**"), conditions for becoming and remaining a Member, and terms regarding the renewal and cancellation or termination of your Membership.

In addition to this Membership Agreement, you may enter into other agreements with us or our non-affiliated third-party partners ("**Partners**") that govern your use of the Membership Services (such agreements, "**Additional Agreements**"). Partners may provide certain services such as credit monitoring, identity theft monitoring, bank accounts, and rewards programs. Partners have separate agreements with you that set forth the rights and obligations between you and the applicable entity. MoneyLion disclaims and is not responsible for the obligations of Partners or the Membership Services they provide and does not waive such disclaimer by assisting you in obtaining the use of such Membership Services. If there is a conflict between this Membership Agreement and any Additional Agreement, such other Additional Agreement will take precedence with respect to the specific aspects of the Membership Service(s) to which it applies. **YOU MUST CAREFULLY READ AND CONSIDER THIS MEMBERSHIP AGREEMENT AND THE ADDITIONAL AGREEMENTS YOU AGREE TO, AND YOU SHOULD CONTACT THE APPROPRIATE COUNTERPARTY TO ASK ANY QUESTIONS YOU MAY HAVE BEFORE ENTERING INTO ANY ADDITIONAL AGREEMENTS.**

This Membership Agreement also incorporates by reference the MoneyLion Terms of Service and Privacy Policy. You understand that the Membership is a "Service" under the MoneyLion Terms of Service and subject to all relevant provisions, including, but not limited to, the Disclaimer of Warranties and the Limitation of Liability clauses described in the Terms of Service. **MOREOVER, YOU ACKNOWLEDGE THAT, UNLESS YOU HAVE OPTED OUT, THE MONEYLION AGREEMENT FOR RESOLVING DISPUTES (WHICH INCLUDES AN ARBITRATION PROVISION), TO WHICH YOU ARE ALREADY A PARTY, EXTENDS TO THIS MEMBERSHIP AGREEMENT, AND THE DEFINITION OF "CLAIM" THEREIN INCLUDES ANY DISPUTE ARISING OUT OF OR RELATED TO THIS MEMBERSHIP AGREEMENT OR THE ACTIVITIES OR RELATIONSHIPS THAT INVOLVE, ARE CONNECTED TO, OR RESULT FROM THIS MEMBERSHIP AGREEMENT OR THE MEMBERSHIP SERVICES**.

We may update or amend this Membership Agreement from time to time in our sole discretion, including by adding, deleting or modifying terms. Updates will be effective when posted on the www.moneylion.com website (the "**Site**"), the MoneyLion mobile application (the "**MoneyLion App**", and, together with the Site, the "**MoneyLion Platform**") or any other customer dashboard. MoneyLion will provide notice of changes to this Membership Agreement as and if required by applicable law. It is important that you review changes to the Membership Agreement prior to continuing to use the Membership, as your continued use of the Membership following receipt of any such notice, or following the posting of any such notice within the MoneyLion App, on the Site or in any other customer dashboard, will mean that you accept and agree to the changes. If you do not agree to the changes, you should terminate your use of the Membership pursuant to the terms of Section 9(e) below.

MoneyLion affiliate ML Wealth LLC, an SEC-registered investment adviser ("**Adviser**"), will provide investment advisory services pursuant to the ML Wealth LLC Investment Advisory Agreement ("**Advisory Agreement**"), which governs the terms of your investment advisory relationship and the management of your Investment Account (as defined in Section 5), and MoneyLion affiliates will provide services pursuant to the MoneyLion Credit Builder Plus Loan, Pledge and Security Agreement ("**Loan Agreement**"), which governs the terms of a Credit Builder Loan ("**Loan**") you may choose to take out. MoneyLion is not responsible for the obligations of Adviser and/or DriveWealth LLC ("**Broker**"), and Adviser and/or Broker are not responsible for MoneyLion's obligations.

## NOTICE OF GRANT OF SECURITY INTEREST

**Security: If you take out one or more Loans from MoneyLion or its affiliates, or from other institutions ("Lender"), you may be required to pledge a security interest in your Credit Reserve Account (as defined below) to secure the Loans. Any such pledge will be made pursuant to the terms and conditions of the applicable Loan Agreement, which you should review carefully before agreeing to.**

## MEMBERSHIP SERVICES

1. **Membership Services.** The Membership provides you with access to Membership Services that MoneyLion, its affiliates, or its Partners make available to you. **A current list of Membership Services can be accessed in the MoneyLion App or on our Site at https://www.moneylion.com/credit-builder-app/**. You must meet the specific terms of use and eligibility for Membership Services as specified in this Membership Agreement, the Additional Agreements, and on the MoneyLion Platform. We do not guarantee that each of the Membership Services will always be offered to you, that they will be available to you, or that you will qualify or be able to use any particular Membership Service. These Membership Services may, but are not guaranteed to, include the following Membership Services described in Sections 2 through 7.

2. **Access to Financial Services.** The Membership Services include access to and benefits associated with certain financial and other services that are offered by MoneyLion directly ("**MoneyLion Financial Services**") and services which may be offered through or by Partners ("**Third-Party Financial Services**"), some of which may also be offered outside the Membership. MoneyLion Financial Services and Third-Party Financial Services are collectively referred to herein as "**Financial Services**". We will never submit or process an application for a financial product or service on your behalf without your express consent. Access to these Financial Services may require that you establish accounts either with a MoneyLion entity (such accounts, "**MoneyLion Financial Services Accounts**") and/or with a third-party financial institution partner (such accounts, "**Third-Party Financial Services Accounts**"). MoneyLion Financial Services Accounts and Third-Party Financial Services Accounts are collectively referred to herein as "**Financial Services Accounts**". MoneyLion Financial Services include, but may not be limited to, access to a RoarMoney Demand Deposit Account ("**RoarMoney Account**") at Pathward N.A., Member FDIC; the Investment Account(s) provided by the Adviser; Loans provided by the applicable Lender (each as defined below), and the ability to initiate an Instacash advance request. Access to Financial Services may be subject to additional eligibility requirements, including as required by applicable laws, and may be subject to Additional Agreements. **We do not guarantee that you will qualify or be able to use any particular Financial Service at any given time, even if you are a Member in good standing**.

   In addition to any other eligibility requirements specified in the terms or Additional Agreement for the specific Financial Service, you understand and agree that the following are required in order to access or use any Financial Service:

   a. **Personal Information**: You must provide us, or the relevant Partner, with current and accurate personal information as required in each instance, which may include, but not be limited to, your name, physical address, telephone number, email address, date of birth, social security number or any other identification number (e.g., driver's license number), and other personal information that we or the relevant Partner may request to verify your identity, as well as financial information such as your bank card and bank account numbers (collectively, "**Personal Information**"). With respect to MoneyLion Financial Services Accounts, you are responsible for promptly notifying us of any changes to your

Personal Information. We are only required to attempt to communicate with you at the most recent contact information you have provided to us. For more information on the Personal Information we collect and use, and on steps we take to protect your Personal Information, see our Privacy Policy. For more information on how Partners with whom you are signing up for Third-Party Financial Services Accounts use your personal information, visit the relevant Partner's online privacy notice.

b. **Bank Accounts**: To access certain of the MoneyLion Financial Services, e.g., to apply for a Loan or initiate an Instacash advance request, you must have and maintain either a RoarMoney Account or link an external eligible bank account to your MoneyLion account on the Site or in the MoneyLion App ("**Linked Account**"). Where this is required, you must have and maintain online banking access with the financial institution at which you hold your Linked Account.

c. **Additional Agreements**: **This Membership Agreement does not include terms for all Financial Services made available through the Membership.** If you wish to participate in other Financial Services, you must agree to any Additional Agreements that apply to the specific Financial Service you are accessing. **If you do not agree to the Additional Agreements, do not sign up for the Financial Service(s) to which they relate**. MoneyLion or its affiliates or Partners may also charge additional fees to access these Financial Services. Please refer to the Additional Agreements to ensure that you understand all of the terms and conditions of the Financial Services and any additional fees that may be imposed for your use of those Services.

3. **Credit Monitoring**. Your Membership includes access to credit reports and scores from one or more of the major credit bureaus, which are updated on a weekly basis, along with credit monitoring. If you participate in credit monitoring offered by MoneyLion as part of your Membership, you acknowledge and agree that the information provided as part of the credit monitoring service is provided by one or more of the major credit bureaus as selected by MoneyLion from time to time, and that MoneyLion has no responsibility for the information provided as part of the credit monitoring service.

4. **Loans for Members.** If your Membership is in good standing, and if you are current on all fees due in connection with the Membership, you may be eligible to apply for a Credit Builder Loan issued by the Lender. The interest rate will vary based on your state of residence. Not all states are presently serviced. Subsequent Loans may be at your initial rate or a different rate of interest depending on underwriting criteria. All relevant terms and conditions can be found in the Loan Agreement that you must enter into in order to receive the Loan. You may be required to place and maintain a portion of your Loan proceeds in your Credit Reserve Account as security for your Loan, and such portion of your Loan proceeds may not be available for withdrawal until you have paid off your Loan. Other fees such as insufficient funds fees or late fees may apply. Please review your Loan Agreement for all obligations and terms and conditions. The Lender may require you to meet its criteria for creditworthiness as potentially determined by your credit score, minimum income requirements, bank account balances, Investment Account balance, prior insufficient fund history, prior judgments, evictions, liens, and/or affordability requirements. You must also be able to digitally confirm your identity, to the Lender's sole satisfaction. Moreover, you may not close your Credit Reserve Account until all principal, accrued interest and fees on the Loan are repaid in full. You understand and agree that Adviser, Broker and MoneyLion will comply with the Lender's conditions and security interest as enumerated in the Loan Agreement and in the Securities Account Control Agreement. Your Credit Reserve Account may be frozen or liquidated if you default on the Loan.

5. **Investment Advisory Services.** The terms of service related to your Investment Account (as defined below) are governed by the Advisory Agreement with Adviser, pursuant to which Adviser, utilizing Broker's services,

will manage one or more securities accounts for you.

a. **Managed Investing Account.** You will be provided a managed account ("**Managed Investing Account**"), for funds generally invested into exchange traded funds, mutual funds, and/or similarly traded instruments, in a portfolio allocation recommended by Adviser to you (the "**Allocation**") based on profile information you provided (the "**Investment Profile**"). If you choose to fund your Managed Investing Account, Adviser will base its recommendations for your Allocation based on your Investment Profile. You understand that the Adviser will not recommend or direct the purchase of individual securities such as individual stocks and bonds in connection with the Allocation.

b. **Credit Reserve Account.** Depending on your creditworthiness and Lender's underwriting standards, you may be provided a credit reserve account ("**Credit Reserve Account**", and together with the Managed Investing Account, collectively, the "**Investment Account**"), in which you may be required to utilize to hold a portion of your Loan proceeds as security until your Loan has been fully paid off. Assets in a Credit Reserve Account will be held in Broker's FDIC bank sweep or money market products in connection with certain Loans you may elect to take. You may incur other fees and expenses associated with the Investment Account. Additional information on such fees and expenses and the investment advisory offering can be found in the Advisory Agreement and the Adviser's Form-ADV brochure, located here: http://www.moneylion.com/adv.

   i. **Minimum Balance or Deposit Limits.** You must maintain the minimum balance in your Credit Reserve Account specified by the applicable Lender in connection with one or more Loans you have elected to take.

   ii. **Credit Reserve Account Lien and Securities Account Control Agreement.** Pledging the Credit Reserve Account as security for a Loan or other obligation may place further limitations on your ability to make withdrawals, as the value of your Credit Reserve Account will secure debts you owe. This security interest will be perfected by the Securities Account Control Agreement, which may give us, Lender or their affiliates the right to liquidate your Credit Reserve Account if you default on obligations that are secured by the assets in your Credit Reserve Account.

6. **Deals.** Your Membership may include access to financial tools, articles, videos or other content to help you with your financial journey. Some of this content may be provided by, or direct you to, services and resources provided by Partners ("**Third-Party Content**"). Your Membership also provides access to offers and deals provided by MoneyLion's Partners, which may include deals and rewards that facilitate savings on purchases, as well as for a variety of other financial products and services (several of which may be available on the Site or in the MoneyLion App) ("**Deals**").

**Unless expressly stated by us on the Site or in the MoneyLion App, we are not affiliated or associated with the providers of any Third-Party Content or Deals.**

The Third-Party Content and Deals may be offered to you based on information that you have provided to MoneyLion. Some Deals may be offered to you at no additional cost or for a specified fee. You agree that your participation in any Deal or use of or reliance on any Third-Party Content will be at your own risk. We do not control the availability and content of any Third-Party Content or Deals, nor do we guarantee that any Third-Party Content or Deal will be provided to you, even if you are a Member in good standing. Some Third-Party Content and Deals may be provided outside of the Membership. We are not responsible for examining or evaluating any Third-Party Content or Deals, nor do we monitor or check such content for accuracy, appropriateness or completeness, and we do not warrant the offering of these businesses or individuals or the content of their websites.

Any Third-Party Content or Deal you obtain may be subject to the terms and conditions and privacy policies and/or notices of the Partner offering the Third-Party Content or Deal. You understand and acknowledge that any legal recourse you seek as a result of deficiencies in the provision of the Third-Party Content or Deals must be pursued against the Partner providing that Third-Party Content or Deal and not against MoneyLion.

**MoneyLion may receive compensation from Partners for referring you to the Partner, their products or to their website. This compensation may impact how and where products and offers appear on the Site or in the MoneyLion App, including, for example, the order in which they may appear within listing categories. MoneyLion may not include all products or offers that may be available to you.**

7. **Exclusive Rewards and Promotions**. From time to time, MoneyLion may invite you to participate in promotions, sweepstakes, rewards programs, incentives and other offers ("**Promotions**") associated with your Membership, which may be subject to additional terms and conditions. Please read any such additional terms and conditions carefully before participating in such Promotions.

8. **Changes to Membership, Services and Fees**. MoneyLion reserves the right to change, modify, update, add on, discontinue, or retire the Membership, access to any Membership Service, or any feature of the Membership or any Membership Service, at any time, in its sole discretion. MoneyLion will provide notice of any changes to the Membership or Membership Services by posting them to the Site and/or the MoneyLion App. MoneyLion has no obligation to provide you with direct individual notice of any such changes other than as may be required by applicable law. Your failure to terminate and/or continued participation in the Membership or use of any Membership Service following receipt or posting of any such notice will constitute acceptance of all changes disclosed in the notice. Should the Membership or any Membership Service require the payment of new or additional fees, we will provide notice of the amount to be charged and the date of the fee before the scheduled date of the transaction, unless applicable law requires Members to consent expressly to the fee. As with any notice of changes to the Membership or the Membership Services, your continued participation in the Membership following receipt or posting of any such fee notice will constitute authorization of MoneyLion to charge you for any such new or additional fees. Should a Membership Service be removed from the Membership, we will provide you with advanced notice, if required by applicable law, and an opportunity to cancel your Membership, subject to Section 9(e) below.

9. **Membership Eligibility Requirements and Terms.** Membership can be activated only on the Site or in the MoneyLion App. To be eligible for Membership, you must satisfy each of the following conditions:
   i. You must be a registered MoneyLion user in good standing.
   ii. You must be a legal resident of one of the fifty (50) United States or the District of Columbia, and currently residing there.
   iii. You must be of the age of majority in your state (at least 18 years old).
   iv. You must have a valid payment method that is acceptable to MoneyLion.

   Memberships are for individual use only and are non-transferable. Membership benefits will begin immediately after we have processed your first Membership Fee (as defined below) payment. Subject to applicable law, MoneyLion reserves the right to delay, decline or cancel any request to join the Membership for security purposes and to help protect against possible fraudulent and other illegal activity, as well as for other unanticipated circumstances.

   a. **Initial Commitment Period**. You acknowledge and agree that your Membership has an initial commitment period of two months, beginning on the date your first Membership Fee payment is processed.

   b. **Payment of Membership Fees**. Members are required to pay a $19.99 monthly membership fee for each month they have an active Membership ("**Membership Fee**"). The Membership Fee may be adjusted

from time-to-time following notice to you. Enrollment in the Membership and payment of the monthly Membership Fee requires you to have a Linked Account or other approved payment method. By providing payment information to MoneyLion, you warrant that you are authorized to request transactions using the payment method presented. You authorize MoneyLion (or its designee) to initiate collection of, and agree to make any required payments for, each Membership Fee in a timely manner from your Linked Account.

c. **Billing.** Your Membership Fee will be billed either weekly, bi-weekly, semi-monthly or monthly. The Membership Fee will be divided proportionally over your applicable regular deposit period. Your payment schedule will be disclosed to you upon your enrollment in the Membership, and will depend upon the frequency of regular deposits to your bank account.

d. **Taxes.** You are personally responsible for any applicable state, federal, or other taxes that may be associated with your Membership or any Membership Service unless you are informed otherwise. We may collect all applicable sales taxes in instances where we believe that we are obligated to do so.

e. **Termination or Cancellation of Membership; Withdrawals.** Your Membership may be terminated by MoneyLion or canceled by you, with or without cause, subject to the specific terms and restrictions contained in this Membership Agreement and in the Advisory Agreement. Subject to the limitations set forth below, you can cancel your Membership in the MoneyLion App or by calling MoneyLion at 1-888-704-6970. In the event that we initiate termination, we will notify you by sending an email to the primary email address in your account profile. **You will be charged a Membership Fee, if applicable, for any month that you have access to, or are using, any Membership Services, unless you cancel your Membership as set forth below.**

Your Investment Account and your Membership are subject to certain termination and withdrawal limitations, including but not limited to the following restrictions:

i. **You may cancel your Membership at any time following your initial two month commitment period.**

ii. Your cancellation will become effective on the date of such cancellation.

iii. You will be charged a $0.25 ACH withdrawal service charge by the Broker (the "**Withdrawal Charge**") when you submit any withdrawal or liquidation request via ACH relating to your Investment Account. Adviser is not paid any portion of the Withdrawal Charge.

iv. If you have taken out a Loan, withdrawals from the Credit Reserve Account will not be permitted until you have paid off your Loan in full.

f. **Consequences for Cancellation or Termination of Membership**. Once you cancel your Membership, you will retain access to your Membership benefits until the effective date of your cancellation. Upon the effective date of the cancellation of your Membership, you will lose your Membership benefits and shall only be able to access those Membership Services that are also available to non-members. In addition, the following will occur:

i. **Access to MoneyLion Financial Services Accounts.** Your MoneyLion Financial Services Accounts will remain in place, but you will lose any Members-only benefits (including favorable pricing, reimbursement or reward-related benefits) associated with your MoneyLion Financial Services Accounts. If we have waived or reduced the amount of any fees associated with your MoneyLion Financial Services Accounts because you were a Member, then we will resume charging these fees in full in the next fee cycle following the cancellation of your Membership.

ii. **Access to Third-Party Financial Services Accounts**. Cancellation or termination of your Membership will not impact your access to Third-Party Financial Services Accounts. **Any Additional Agreements associated with these Third-Party Financial Services Accounts will remain in place, and your obligations thereunder will continue**. Should you wish to cancel or terminate your Third-Party Financial Services Accounts, consult the terms of the Additional Agreements that apply and work directly with the relevant Partner.

iii. **Access to Promotions, Deals and Discounts**. The Membership may include Promotions, Deals, rewards, and other perks or incentives available for shopping at certain retailers or within certain marketplaces, which will no longer be available upon cancellation or termination of your Membership.

iv. **Credit Score Refresh Frequency**. Upon cancellation or termination of your Membership, the frequency of your credit score refresh will be reduced from weekly to monthly.

The above list of consequences for cancellation or termination of the Membership is non-exhaustive and

subject to change depending on the Membership benefits available at any given time. Please consult the Membership FAQs at https://help.moneylion.com/categories/credit-builder-plus-membership-HyiCJouTT for current information.

g. **Good Standing.** The Membership and its accompanying Membership Services are only available to you if you are in good standing. If you are not in good standing because you have missed one or more Membership Fee payments in connection with your initial two-month commitment period, we require you to make up those payments to be back in good standing with your Membership. If you have already paid your Membership Fee payments in connection with your initial two-month commitment period and are not in good standing because you have missed a subsequent Membership Fee payment, we only require you to make up the most recent missed Membership Fee to be back in good standing with your Membership. MoneyLion may suspend or terminate your use of and access to the Membership, the Membership Services, Site, MoneyLion App and any other benefits of the Membership as a result of your failure to pay your Membership Fee.

h. **Automatic Renewal**. **YOUR MEMBERSHIP WILL RENEW AUTOMATICALLY ACCORDING TO YOUR BILLING CYCLE UNTIL CANCELED BY YOU OR TERMINATED BY MONEYLION**.

i. **Denial of Membership and Additional Termination Rights. IN ADDITION TO THE RESTRICTIONS ENUMERATED IN THIS MEMBERSHIP AGREEMENT AND SUBJECT TO APPLICABLE LAW, MONEYLION MAY TERMINATE YOUR MEMBERSHIP OR ANY MEMBERSHIP SERVICE AT ANY TIME, WITH OR WITHOUT CAUSE, UPON SENDING YOU PRIOR WRITTEN NOTICE BY DELIVERY TO THE EMAIL ADDRESS ON FILE**. Being qualified to apply for Membership does not obligate MoneyLion to allow any person to become a member when it is in MoneyLion's best interests, in the sole discretion of MoneyLion, to deny such privilege. If MoneyLion terminates your Membership without cause, MoneyLion will refund you, on a pro-rata basis, based on the remaining term of the Membership.

10. **Consent to Collect and Use Transaction Data for the Membership**. You authorize MoneyLion to access or collect certain financial data from your financial services accounts, whether with MoneyLion or a Partner, or any other Linked Accounts, including, without limitation, account balances, transaction dates, the merchants involved, transaction types and amounts, and other information (collectively "**Transaction Data**"), as may be reasonably related to providing the Membership Services and any other MoneyLion services to you. You further authorize MoneyLion to use your Transaction Data to develop, improve, tailor, personalize, enhance and innovate around the Membership, the Membership Services, and any other products and services that may be offered or provided by MoneyLion or its Partners. By applying for a Loan, you specifically authorize and direct MoneyLion and any Partners that MoneyLion contracts with to provide services for MoneyLion or on its behalf to use Transaction Data in order to determine your eligibility for Loans. Reference the MoneyLion Terms of Service and Privacy Policy for more information on your rights regarding your Transaction Data. Please note that Adviser has separate terms and conditions with respect to privacy and the usage of your Personal Information, including a separate privacy policy, available at https://cdn.moneylion.com/plus/documents/ml_wealth_privacy_notice.pdf and referenced directly in your Advisory Agreement.

11. **Assignment**. MoneyLion may, without notice to you, assign this Membership Agreement and all of its right, title and interest hereunder to another entity. You may not assign, transfer, sublicense or otherwise delegate your rights or obligations under this Membership Agreement to any other person without MoneyLion's prior written consent.

12. **Notice for California Users and Members.** Under California Civil Code Section 1789.3, California web users are entitled to the following specific consumer rights notice: The Membership Services are provided by ML Plus LLC, P.O Box 1547, Sandy, UT 84091-1547. If you have any questions, concerns, or complaints regarding the Membership Services, please contact ML Plus LLC by either; (i) sending a letter, first class certified mail, to ML Plus LLC, Attn. Member Services, P.O. Box 1547, Sandy, UT 84091-1547; (ii) telephoning us at 1-888-704-6970; or (iii) communicating with us through the chat service feature in the MoneyLion App.

California residents may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 322-1700.

13. **Survival**. If your Membership is terminated, canceled or lapses or you are no longer a Member in good standing, all provisions of this Membership Agreement will survive termination unless expressly stated otherwise.

**The Member named below has agreed to the terms and conditions of this MoneyLion Credit Builder Plus Membership Agreement as of @esignGeneratedDate@.**

**@fullName@**
By: /s/ **@fullName@**
Name on Application: elena bisquera

| Elena Bisquera |
| --- |

Date of Agreement: 2025-10-15