# EXHIBIT G


9:41
Repayment schedule
Pay Day
Now, let's set up your payment schedule. How does this look, [Name]?
Based on your paycheck, we've scheduled your loan repayments. You can change it if it doesn't look right.
Loan and membership repayment
First repayment date
March 30, 2024
Change
Schedule
Paid monthly
Change
Payment method
Bank of America • 1234
By tapping "Looks good," I agree to the Credit Builder Plus terms. Additionally, I agree to sign up for FREE Credit Monitoring which includes monthly credit reports, alerts that keep me up to date with changes to my credit report and personalized offers from partners. I agree to the Credit Monitoring Authorization.
Looks good
Animated from 0%
DEV NOTE
Manual change will bring users back to this screen
TnC
9:41
Credit Builder Plus terms
Credit Builder Plus Membership Agreement
Credit Monitoring Credit Report Authorization
MoneyLion Wallet Terms & Conditions