TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br>v.<br><br>MoneyLion Technologies Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**DECLARATION OF MALAVIKA LOBO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO PLAINTIFF CHRISTOPHER VALENCIA** |

I, Malavika Lobo, declare the following:

1. I am currently employed by Gen Digital Inc. as Senior Corporate Counsel, a position I have held since January 2026.

2. On April 17, 2025, Gen Digital Inc. acquired MoneyLion Technologies Inc. ("MoneyLion").

3. I submit this Declaration in support of Defendants' Motion to Compel Arbitration as to Plaintiff Christopher Valencia ("Plaintiff" or "Valencia").

4. I am of legal age and am competent to make this declaration. My statements in this declaration are based on my personal knowledge as well as my review of records maintained in MoneyLion's ordinary course of business. If called to testify regarding the facts in this declaration, I could and would testify competently to those facts.

5. ML Plus LLC and MoneyLion of California LLC are wholly owned subsidiaries of MoneyLion Technologies Inc., which in turn is wholly owned by Gen Digital Inc., a publicly traded company. ML Plus LLC offers financial products and membership services through the MoneyLion platform. MoneyLion of California LLC is responsible for originating, servicing, and facilitating consumer products and services to California residents.

6. MoneyLion operates a technology platform that empowers customers to improve their financial health. The platform offers a variety of tools and resources for customers to build their credit, grow their savings, earn money from side projects, and explore content on a host of finance-related topics. Among MoneyLion's offerings are Instacash, an earned wage access product offered by ML Plus LLC, and Credit Builder Loans, which help customers build their credit health.

7. More specifically, Instacash is an earned wage access product that allows users to request an advance of their earned wages, with approved users qualifying for advances of up to $500. To sign up for Instacash, users provide their bank account information to MoneyLion, and MoneyLion decides whether to approve them for Instacash. Instacash has no impact on a user's credit score, and a credit check is not required. Users who receive an Instacash advance can do so for free—there are no interest charges or fees for Instacash advances sent through standard delivery, which



TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

takes between one and five business days due to processing times for automated clearing house transactions. Attached as **Exhibit A** is a compilation of relevant FAQs available on MoneyLion's website, which are accessible by clicking the "FAQs" link at the bottom of MoneyLion's webpage (www.moneylion.com) or by accessing help.moneylion.com.

8. Users can also elect to expedite their Instacash advance so it arrives within minutes by paying an optional express delivery fee (sometimes called a "Turbo Fee"). Express delivery functions the same as express shipping for merchandise and expedited fund transfers offered by many popular digital wallet products. MoneyLion also allows users to provide a tip to show their appreciation. Tips are completely optional and have no bearing on access to Instacash. MoneyLion makes this clear to users before ever providing a tip. *See* Ex. A.

9. Another MoneyLion product is the Credit Builder Loan—a secured installment loan offered through MoneyLion's Credit Builder Plus membership program (formerly known as the "MoneyLion Plus" membership program), and designed to help borrowers build positive payment history. The Credit Builder Loan provides a consumer-friendly avenue for customers to improve their credit scores through MoneyLion's reporting of full, consistent payments on the loan to the national consumer reporting agencies. Specifically, under the Credit Builder Loan program, rather than immediately disbursing the loan principal to the customer, MoneyLion holds the principal either partially or fully in an interest-bearing credit reserve account in the customer's name, with interest on those funds paid to the customer. Once the borrower completes the required loan payments, MoneyLion releases the principal to the customer in full, with interest. *See* Ex. A.

10. Credit Builder Loans are available to customers who are members of MoneyLion's Credit Builder Plus membership program ("CB Plus") (formerly known

Troutman Pepper Locke LLP
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057

as the "MoneyLion Plus" membership program), which includes a comprehensive package of financial products and services other than the Credit Builder Loan. Those products include a managed investment account; credit monitoring and fraud alerts; the Lion's Share loyalty program, a robust cashback program for checking-account customers; and an array of financial literacy resources and budgeting tools. *See* Ex. A.

11. Because of my duties, I have become personally familiar with the systems and records that relate to and track various agreements that MoneyLion's customers accept as part of their use of the MoneyLion platform. Through my responsibilities, I have also become personally familiar with the way customer account information is logged and stored in the ordinary course of business, and I understand how to retrieve such records and information.

12. I understand that Plaintiff brought this action and that his allegations relate to, among other things, the terms under which MoneyLion's Instacash and Credit Builder Loan products are offered to customers, including charges labeled as "turbo fees," "tips," and "monthly membership fees."

13. I have reviewed the MoneyLion account information and records for Plaintiff Valencia, which MoneyLion keeps in the ordinary course of business (the "Records"). Included in these Records is information related to (1) Valencia's usage of the MoneyLion services, programs, loans, investments or other financial services, including his use of Instacash and Credit Builder Loan products; (2) the arbitration agreement and terms that Valencia accepted before using MoneyLion's products; and (3) the Frequently Asked Questions ("FAQs") posted on MoneyLion's website. The Records were entered into MoneyLion's systems at or about the time of the events stated therein by persons with knowledge of their contents. MoneyLion maintains the Records in the course of its regularly conducted business activities.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

14. All customers, including Valencia, are required to agree to MoneyLion's Agreement for Resolving Disputes in order to use the MoneyLion's services, programs, loans, investments or other financial services.

15. On February 19, 2021, Plaintiff Valencia entered into the Agreement for Resolving Disputes (previously defined as the "Arbitration Agreement") when creating his MoneyLion account through the MoneyLion mobile application. At account opening, MoneyLion presented Plaintiff with a prompt to agree to its Terms of Service and its Agreement for Resolving Disputes, which he did. Plaintiff went through the following steps:

- Plaintiff Valencia electronically checked two boxes indicating as follows: "I agree to the Electronic Transaction and Consent" and "I agree to the following agreements: Arbitration & Waiver Agreements; Privacy Notice; Terms and Conditions; and Membership Agreement." The phrase "Arbitration & Waiver Agreements" hyperlinked to the July 29, 2019 version of MoneyLion's Agreement for Resolving Disputes.
- Upon selecting all required checkboxes on the screen, the "Create account" button would illuminate and enable the user (Plaintiff Valencia) to proceed.
- Plaintiff Valencia then selected "Create account" on the above prompt, which generated his electronically signed Agreement for Resolving Disputes.

A true and correct copy of Valencia's electronically signed Agreement for Resolving Disputes ("Arbitration Agreement") is attached as **Exhibit B**. True and correct screen prints of Valencia's signing process for the Agreement for Resolving Disputes are attached as **Exhibit C**.

16. The Arbitration Agreement defines "we" or "our" as "the company that is providing you the service or loan" and includes "all parent companies, subsidiaries, sister subsidiaries and affiliates of ours, and our and their employees, directors,

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

officers, shareholders, governors, managers and members." This definition encompasses ML Plus LLC and MoneyLion of California LLC. *See* Ex. B at 2.

17. The Arbitration Agreement defines "Claim" to mean "[A]ny past, present, or future claim, dispute or controversy between you [Plaintiff] and us [MoneyLion], whether or not presently known, that arises from or relates in any way to this Agreement or any services, programs, loans, investments or other financial services you request we provide to you or on your behalf . . . 'Claim' is to be given the broadest possible meaning and includes claims of every kind and nature, including but not limited to, initial claims, counterclaims, cross-claims, and third-party claims, and claims based on any constitution, statute, regulation, ordinance, common law rule (including rules relating to contracts, torts, negligence, fraud or other intentional wrongs) and equity.". *See* Ex. B at 1.

18. The Arbitration Agreement contains a provision permitting each customer to opt out of arbitration by mailing a notice to MoneyLion within 30 days of the customer's acceptance of the Arbitration Agreement. *See* Ex. B at 2. MoneyLion did not receive an opt-out notice from Valencia, and the 30-day periods when Valencia could have opted out of the Arbitration Agreement expired. *See* Ex. B.

19. The Arbitration Agreement was presented to Valencia in a manner designed to ensure informed consent. Specifically: (a) the in-app prompt identified the Arbitration Agreement (*i.e.*, the "Arbitration & Waivers Agreements") and provided a hyperlink to the full text of the agreement, allowing Valencia to review all of its terms, including the arbitration provision, before clicking "Create free account"; (b) the opt-out provision permitted Valencia to reject arbitration within 30 calendar days, and MoneyLion offered to reimburse the cost of certified mail postage if Valencia chose to send an opt-out notice by that method; (c) opting out would not

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

have affected Valencia's access to or use of any of MoneyLion's products or services, or Valencia's ability to obtain credit from MoneyLion; and (d) the Arbitration Agreement's provisions are bilateral: both MoneyLion and the customer waive the right to a jury trial and the right to participate in class actions.

20. On or about June 12, 2021, Plaintiff Valencia also signed a Credit Builder Plus Membership Agreement, which expressly states that the Agreement for Resolving Disputes extends to that Membership Agreement and all disputes arising out of or related to it. To sign the Credit Builder Plus Membership Agreement, Plaintiff Valencia went through the following steps:

- Plaintiff Valencia electronically checked the box next to the statement "I have read and agree to[,]" which appears above "Electronic Transaction Esign Consent."
- Plaintiff Valencia also electronically checked the box next to the statement "I have read and agree to[,]" which appears above "Automatic Payment Authorization; Investment Advisory Agreement; Agreements For Resolving Disputes; Membership Agreement"
- Upon selecting all required checkboxes on the screen, the "Activate your membership" button would illuminate and enable the user (Plaintiff Valencia) to proceed. Below the "Activate your membership" button is the following language: "By tapping 'Activate your membership,' you [Christopher Valencia], agree this constitutes your signature and that you agree to be bound by the terms of the agreements displayed above."
- By checking both checkboxes, then selecting "Activate your membership," Plaintiff Valencia generated his electronically signed MoneyLion Credit Builder Plus Membership Agreement.



TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

A true and correct copy of Valencia's electronically signed MoneyLion Credit Builder Plus Membership Agreement is attached as **Exhibit D**. True and correct screen prints of Valencia's signing process for the MoneyLion Credit Builder Plus Membership Agreement are attached as **Exhibit E**.

21. Valencia also obtained a Credit Builder Plus loan from MoneyLion on June 12, 2021. In connection with obtaining the loan, Valencia signed a Pledge and Security Agreement. The Pledge and Security Agreement expressly states:

> **NOTICE OF AGREEMENTS FOR RESOLVING DISPUTES AND ARBITRATION**. Before signing this Agreement, you should carefully review the Agreements for Resolving Disputes ("Disputes Agreement") to which you have already agreed and which includes the Arbitration Provision (as defined therein). The Disputes Agreement is incorporated herein by reference as if fully set forth herein, and shall be expressly deemed to include the Lender making the Loan to You.

The Agreement for Resolving Disputes was available to Valencia in the profile section of his MoneyLion portal under "membership" and "membership documents," providing Valencia the opportunity to review the updated Agreement for Resolving Disputes at any time before or after signing. Valencia electronically signed the Pledge and Security Agreement on June 12, 2021. A true and correct copy of Valencia's Pledge and Security Agreement is attached as **Exhibit F.**

22. The Credit Builder Plus Membership Agreement expressly states:

> MOREOVER, YOU ACKNOWLEDGE THAT, UNLESS YOU HAVE OPTED OUT, THE MONEYLION AGREEMENT FOR RESOLVING DISPUTES (WHICH INCLUDES AN ARBITRATION PROVISION), TO WHICH YOU ARE ALREADY A PARTY, EXTENDS

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

TO THIS MEMBERSHIP AGREEMENT, AND THE DEFINITION OF 'CLAIM' THEREIN INCLUDES ANY DISPUTE ARISING OUT OF OR RELATED TO THIS MEMBERSHIP AGREEMENT OR THE ACTIVITIES OR RELATIONSHIPS THAT INVOLVE, ARE CONNECTED TO, OR RESULT FROM THIS MEMBERSHIP AGREEMENT OR THE MEMBERSHIP SERVICES.

23. Each time Valencia requested Instacash advances, he did so through either the MoneyLion website and/or the MoneyLion mobile application. And every interaction Valencia had with MoneyLion with respect to his Credit Builder Loan and the "CB Plus" program, and/or the ML Plus membership, occurred through either the MoneyLion website and/or the MoneyLion mobile application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on Dated: September 14, 2026.

Signed by:
Malavika Lobo
88C898B97D7541C...

Malavika Lobo