# EXHIBIT C


9:41
LET'S SET AN ORIGINAL PASSWORD!
Password
Show
Enable Face ID?
I agree to the
Electronic Transaction and Consent
I agree to the following agreements:
Arbitration & Waiver Agreements
Privacy Notice
Terms and Conditions
Membership Agreement
Create account