# EXHIBIT E

9:41

×

# Review your membership details

Membership fee

CB+ membership — $19.99
Monthly

You can earn up to $19.99 cashback monthly with the Lion's Share Loyalty Program.

Payment details

| | |
|---|---|
| First payment | Apr 25, 2021 |
| Payment schedule | Monthly on the last day of the month |

☑ I have read and agree to
Electronic Transaction Esign Consent

☑ I have read and agree to
Automatic Payment Authorization
Investment Advisory Agreement
Agreements For Resolving Disputes
Membership Agreement
Credit Report Authorization

Activate your membership

By tapping "Activate your membership,", you, John Smith, agree this constitutes your signature and that you agree to be bound by the terms of the agreements displayed above.