# EXHIBIT F

**MONEYLION CREDIT BUILDER PLUS LOAN**

**PLEDGE AND SECURITY AGREEMENT**

| | | |
|---|---|---|
| **Lender**:<br>MoneyLion of California LLC<br>P.O. Box 1547<br>Sandy, Utah 84091<br><br>1-888-399-9770 | | **Borrower:**<br>Christopher Valencia<br>376 Santa Barbara Ave<br>Sugarloaf, CA, 92386<br><br>+19513153711 |
| **Agreement Date**: 2021-06-12 | **Loan Number**: LL-I-43517419 | **Projected Funding Date**: 2021-06-15 |
| **Principal**: $899.00 | | **Interest Rate**: 22.49% |

This MoneyLion Credit Builder Plus Loan, Pledge and Security Agreement ("Agreement") includes: (1) the disclosures above, the Truth in Lending Act Disclosures immediately below ("TILA Disclosures") and the Additional Terms that follow; (2) the Arbitration Provision (which you can reject) and the other provisions under the caption "Agreements for Resolving Disputes;" (3) any Optional Payment Authorization ("Payment Authorization") that you choose to execute; and (4) our Privacy Notice. In this Agreement, the following terms have the following meanings.

**TRUTH IN LENDING ACT DISCLOSURES**

| **ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate.** | **FINANCE CHARGE The dollar amount your credit will cost you.** | Amount Financed The amount of credit provided to you. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **22.42% (e)** | **$114.59 (e)** | $899.00 | $1,013.59 (e) |

Your payment schedule will be:

| Number of Payments | Amount of Payments (e) | When Payments are Due (the "Due Dates") |
|---|---|---|
| 25 | $38.98 | Bi-weekly every other Friday beginning on July 9, 2021 |
| 1 | $39.09 | Final payment on June 24, 2022 |

**Security**: You are giving a security interest in your Securities Accounts. Please review below. You are also providing an Optional Payment Authorization, if you choose to sign that agreement.
**Prepayment**: If you pay all or part of your obligation early, you will not have to pay a penalty.
**Additional Information**: You should review the remaining provisions of this Agreement for any additional information about nonpayment, default, required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Required Deposit**: The annual percentage rate does not take into account your required deposit into your Credit Reserve Account, if any.

(e) means estimated (unless the "Amount given to you directly" below is $0)

**Itemization of Amount Financed of $ 899.00**
$ 100.00 Amount given to you directly
$ 799.00 Amount held in your Credit Reserve Account until maturity
$ 0.00 Amount paid on your existing loan with us
$ 899.00 Total Amount Financed

"You" and "your" mean the Borrower named above. "We," "our," "us," and "Lender" refer to the Lender named above. "Loan" refers to the loan we are making to you, described below. “Managed Account” refers to your asset-allocated portfolio managed dynamically by ML Wealth LLC (“ML Wealth”) and custodied at DriveWealth LLC (“DriveWealth”), pursuant to the Investment Advisory Agreement you have entered into (or may enter into) with ML Wealth. “Credit Reserve Account” refers to the brokerage account at DriveWealth in your name, which you are agreeing in this Agreement will hold a portion of your Loan proceeds subject to the terms hereof, and which will be invested solely in non-marginable, cash sweep securities (which may include, but may not necessarily be limited to, a cash management fund). “Securities Accounts” refers collectively to both your Managed Account and your Credit Reserve Account. TILA Disclosures marked with an "(e)" are estimates based on our expectation that Loan funds will reach your deposit account on the Projected Funding Date set forth above. Banking delays or holidays, or delays in making contact with you to verify the information you have provided to us may cause the Loan funds to reach your deposit account later. We will begin accruing interest on the date we disburse the Loan funds to you (the “Projected Funding Date”). **BY ELECTRONICALLY SIGNING THIS AGREEMENT, YOU SIGNIFY YOUR AGREEMENT TO THESE TERMS. YOU ACKNOWLEDGE, UNDERSTAND, AND AGREE THAT THIS AGREEMENT MAY REQUIRE THAT A PORTION OF THE PRINCIPAL OF THE LOAN BE HELD IN YOUR NAME IN YOUR CREDIT RESERVE ACCOUNT (“REQUIRED DEPOSIT”), AND THAT YOU WILL NOT BE ABLE TO WITHDRAW ANY OF THE REQUIRED DEPOSIT UNTIL YOUR LOAN IS PAID IN FULL.**

## ADDITIONAL TERMS

**Condition to Our Disbursing Loan Proceeds.** To complete your transaction with us, you must electronically sign this Agreement. You agree that for security purposes, our agent may attempt to contact you at one or more of the phone numbers you provided on your application you submitted to apply for the Loan (“Application”). If we are unable to make contact with you or verify your Application information, we may refuse to disburse your Loan proceeds. You represent and warrant that you will be available to speak with our agent at the phone numbers you provided, and acknowledge that we have provided disclosures to you based on your representations to us. Following our verification, we will then disburse the proceeds of your Loan by making electronic fund transfers of the Loan proceeds as follows: (i) the Required Deposit will be deposited into the Credit Reserve Account and (ii) all other proceeds of the Loan will be disbursed into the bank account specified by You, unless such proceeds are applied to any outstanding obligation to us. **You acknowledge, agree, and understand that the Required Deposit will be disbursed to your Credit Reserve Account, and you will NOT be able to withdraw any of the Required Deposit until your Loan is paid in full**. We will begin accruing interest on your Loan (both on the Required Deposit and on the amount distributed to your linked deposit account) as of the Projected Funding Date. You agree that you may use the Loan proceeds for any personal or business purpose or expense except for gambling, purchasing or carrying marginable securities, any illegal purpose or any money laundering.

**Electronic Credit Authorization.** You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing (i) the Required Deposit into your Credit Reserve Account, and (ii) the remaining proceeds of your Loan into the bank account specified by You. The date that your Loan proceeds are deposited to these accounts is the "Projected Funding Date.” We are not responsible for unavoidable delays that may occur as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God", or "acts of terror," which may extend the time for the deposit. In the event that we make an error in initiating these electronic credits, you authorize us to initiate electronic credits or debits to correct the error.

## NOTICE OF AGREEMENTS RESOLVING DISPUTES AND ARBITRATION

Before signing this Agreement, you should carefully review the Agreements Resolving Disputes (“Disputes Agreement”) to which you have already agreed and which includes the Arbitration Provision (as defined therein). The Disputes Agreement is incorporated herein by reference as if fully set forth herein, and shall be expressly deemed to include the Lender making the Loan to you. The Disputes Agreement provides that all claims arising from or relating to this Agreement and the Loan must be resolved by binding arbitration if the person or entity against whom a claim is made elects to arbitrate the claim. Thus, if the person or entity against whom the claim is made elects to arbitrate the claim, then you will not have the following important rights:

- You may not file or maintain a lawsuit in any court except a small claims court.

- You give up your right to have a jury decide your claim.
- You will not be afforded the procedural, pre-trial discovery, and appellate rights in an arbitration proceeding that you would enjoy in a court or judicial proceeding.
- You may not join or participate in a class action, act as a class representative or a private attorney general, or consolidate your claim with the claims of others.
- You will have to pay certain fees in order to commence an arbitration proceeding, unless you ask us to pay those fees for you.

If you do not want to arbitrate all claims as provided in the Disputes Agreement (as incorporated herein), then you have the right to reject the Arbitration Provision by delivering a written notice to us at MoneyLion, Attn: Legal Department, PO Box 1547, Sandy, UT 84091-1547 (the “Notice Address”) within thirty (30) days following the date of this Agreement.

**Promise to Pay.** You promise to pay us or to our order the above-stated Principal plus interest at the Interest Rate stated above on the unpaid Principal from the Projected Funding Date (or apply them to an outstanding obligation of yours) until the Loan is paid in full, together with all other fees and charges permitted by this Agreement or under the law.

**Interest and Finance Charge.** This is a "simple interest" loan. Interest, at the Interest Rate stated above, is calculated on the outstanding Principal (including the Required Deposit) as it exists from time to time, beginning on your Projected Funding Date until payment in full. Your actual interest charges may be more than the disclosed Finance Charge if you make your payments late or may be less if you make your payments early. Your interest charges start on the Projected Funding Date or apply them to an outstanding obligation of yours. Any adjustment due to late or early payments will be made to the final payment, which means that your final payment may be higher or lower than the scheduled amount depending upon the Projected Funding Date and your actual payment history.

**Payment.** At your election, you may make your installment payments by 1) personal check, nationally accepted money order or bank official check; or 2) authorizing us to charge your Visa or Mastercard debit or credit card (“Bank Card”) and/or initiate electronic fund transfers from the account(s) specified in the Optional Payment Authorization. Payments by personal check, money order or bank check must be made at the following address: MoneyLion; Attn Payments, P.O. Box 1547, Sandy, UT 84091. Payments will first be credited to any outstanding fees or charges, then to interest, and lastly to Principal.

## REQUIRED SECURITY INTEREST AND RESTRICTIONS ON SECURITIES ACCOUNTS

**Security Interest.** To secure the prompt payment of your Loan and performance of your other obligations under this Agreement, you hereby grant us a security interest in your Securities Accounts.

**Creation of Credit Reserve Account.** You hereby authorize Lender, ML Wealth, and DriveWealth to create the Credit Reserve Account, which will be held in your name at DriveWealth and which will invest the Required Deposit of your Loan into non-marginable, cash sweep securities management fund. As outlined elsewhere in this Agreement, you understand and acknowledge that although the Required Deposit in the Credit Reserve Account belongs to you and will be held in your name, you will not be able to withdraw any of the Required Deposit until you have paid off the Loan in full. You also acknowledge, understand, and agree that you will not be able to request from DriveWealth any modification or particular allocation of the securities into which your Required Deposit is invested.

**Effect of Credit Reserve Account.** The Annual Percentage Rate specified in this Agreement does not take into account the Required Deposit.

**Securities Accounts Pledge and Security Agreement Provisions.** In addition to the Credit Reserve Account described above, through your Membership Program with ML Plus LLC you own a Managed Account that is held by DriveWealth and is managed by ML Wealth LLC. ML Plus and ML Wealth are affiliates of Lender. **In consideration of the issuance of the Loan and Lender’s entry into this Agreement, if you fail to make your required payments on your Loan or otherwise fail to comply with the terms of this Agreement, you could lose all funds in the Securities Accounts**. To secure all of your obligations arising under this Loan and Agreement, you assign, transfer, pledge, grant a security interest in, and set over to the Lender all rights, title and interest in the Securities Accounts and in all renewals, additions and proceeds of the Securities Accounts. You agree that this security interest, pledge, and assignment includes and gives the Lender (or its designee) the right to redeem, collect and withdraw any part or the full amount of the Securities Accounts upon any Default (as defined herein in the “Breach and Default” section)

under this Agreement or in the event your Securities Accounts are terminated for any reason. You acknowledge and agree that this security interest, pledge, and assignment means that the Lender has the ability to control the Securities Accounts and liquidate them if you Default. **You further acknowledge and agree that you will not have the right to designate which securities are sold in the event of such liquidation(s)**. You agree that we need not retain or possess any certificate or evidence of the Securities Accounts to enforce our security interest. You may not make any withdrawals from the Securities Accounts while they secure your Loan and any balance remains. This security interest, pledge, and assignment is given as security for any and all amounts you may owe, including but not limited to interest, fees and charges that may accrue under your Securities Accounts. You agree that if the Securities Accounts are closed for any reason, the Lender may apply funds in the Securities Accounts to pay off any balance on the Loan or other amounts owed under this Agreement. If there are still funds remaining in the Securities Accounts after doing so, these funds or securities may remain on deposit for up to 60 days before being remitted to you.

**Perfection of Lien, Security Interest and Liquidation of Securities Accounts.** You authorize Lender to sign and file financing statements, security agreements or other agreements with respect to your Securities Accounts at any time without your signature. You will, however, at any time on request of Lender, sign any of such instruments. You agree to pay all filing fees and to reimburse Lender for all costs and expenses of any kind incurred in any way in connection with the Securities Accounts. You will also be required to agree to, and enter into, a Securities Accounts Control Agreement with (i) the Lender or one of its affiliates, and (ii) the qualified custodian of funds and securities in your Securities Accounts, DriveWealth. **Upon Default, Lender or its affiliates may direct DriveWealth or ML Wealth to suspend your withdrawals from your Securities Accounts and to sell, with or without giving additional notice to you other than the notice of default, electronically or by mail, all or any part of the Securities Accounts and have cash or securities proceeds deposited or transferred over to Lender for payment on or setoff against your Loan balance. See the sections titled "Breach and Default" and "Remedies in the Event of Default" below for more on your rights and responsibilities regarding default**. Any such sale may be made in the manner hereinafter provided, without new or additional demand for payment on account or any other demands whatsoever; the making of any such demands, oral or written, in any one or more instances shall not establish a course of conduct nor constitute a waiver of the right of Lender or its affiliates to sell said Securities Accounts assets as herein provided or of the right of Lender to accelerate the maturity of the Loan as herein provided.

**Securities Accounts Prohibitions.** You agree to maintain your Securities Accounts in good standing and free from suspension, which includes payment of your Membership fee, until all sums due under this Agreement are paid in full. You agree that at the date of your request for a loan and the date of this Agreement, there are no liens against your Securities Accounts and that you own them. You may not sell, lien, pledge, hypothecate, transfer or otherwise assign any interest, in whole or part, in the Securities Accounts during any time that a balance, fee or payment remains unpaid or outstanding under the Loan and this Agreement. Any such transfer, sale or assignment is void. **YOU UNDERSTAND AND ACKNOWLEDGE THAT YOU WILL NOT BE PERMITTED TO WITHDRAW FROM YOUR MANAGED ACCOUNT AMOUNTS THAT WOULD REDUCE THE TOTAL VALUE OF YOUR SECURITIES ACCOUNTS BELOW YOUR OUTSTANDING INDEBTEDNESS IN CONNECTION WITH THIS AGREEMENT, AND THAT YOU WILL NOT BE PERMITTED TO WITHDRAW ANY AMOUNTS FROM YOUR CREDIT RESERVE ACCOUNT UNTIL YOU HAVE PAID OFF YOUR LOAN IN FULL PURSUANT TO THIS AGREEMENT.**

**Prepayment; Extra/Larger Payments.** You have the right to prepay this Loan in full (without penalty) by paying all outstanding Principal plus accrued interest and fees through the date of prepayment. You may also prepay the Loan in part without penalty. If you make a payment early, less interest will likely be owed. To prepay the Loan, call us at 1-888-399-9770 between 7 am and 6 pm Mountain Time, Monday - Friday; or 9 am, – 4 pm Mountain Time Saturday with your Loan number and payment information. If the payment is unsuccessful or returned, your Loan will not be prepaid and you will be liable for your remaining payments on their due dates. Unless you and we agree otherwise, you cannot generally rely on an excess payment made on or before one payment due date to satisfy the payment obligation associated with the next payment due date. For example, if you must make a total of 12 payments under this Agreement and, when your second payment is due, you make a double payment, you will still owe a regular payment on your third payment due date (but that extra payment will likely reduce the amount of finance charges you pay and may reduce or eliminate your 12th scheduled payment).

**Dishonored Payment Fee.** To the extent permitted by your State's law, if any payment you make is dishonored, we will charge you $25 or the lesser amount subject to applicable law. We will assess only one such charge for any dishonored payment, even if it is dishonored more than once. **See the State Disclosures section below for any applicable restrictions on dishonored payments due in your State.**

**Late Fee.** To the extent permitted by your State's law, if any payment is more than fifteen (15) days late, we may charge you Five Per Cent (5%) of the amount due as a late fee. **See the State Disclosures section below for the late fee in your State.**

**Other Loans, Gross Monthly Income and Financial Documents.** You represent that any information you have provided to us regarding your identity, gross monthly income and other loans (including any information you provide to

help us search for such loans) is true and correct to the best of your knowledge. You further represent that all documents and copies of documents you provide to us are unaltered, true and correct.

**Breach and Default.** Subject to applicable law, you will be in breach and we may declare you in default under this Agreement upon: (1) your failure to make any scheduled payment in full and on time; (2) your violation of any other provision of this Agreement that significantly impairs the prospect of payment; (3) your death; (4) your becoming the subject of bankruptcy or insolvency proceedings; (5) your becoming the object of attachment, foreclosure, repossession, lien, judgment, or garnishment proceedings; (6) your failure to supply us with any information we reasonably deem necessary that significantly impairs the prospect of payment; (7) our discovery that you have supplied us with misleading, false, incomplete or incorrect information that significantly impairs the prospect of payment; (8) our receipt of information, including information about a loss of employment, that reasonably leads us to believe that you will be unable to make all scheduled payments under this Agreement; (9) your moving without providing a forwarding address or your moving out of the U.S; or (10) failing to keep in good standing, closing or attempting to close or liquidate your Securities Accounts. **See the State Disclosures section below for any changes to Breach and Default in your State.**

**Remedies in Event of Default.** If you do not remedy or cure any breach and we send you either an email, text or letter notifying you that we have declared you to be in default, subject to applicable law (including any notice, cure, and/or redemption rights provided by applicable law), we may: (1) declare immediately due and payable all amounts due under this Agreement and any other amounts lawfully due hereunder; (2) initiate a collection action against you; (3) liquidate or seize all the property and funds in your Securities Accounts; (4) seek reasonable attorney's fees, court costs and costs of collection, incurred by us, including that of a collection agency; or (5) exercise any other rights provided by this Agreement or applicable law. **See the State Disclosures section below for any changes to Remedies in Event of Default in your State.**

**Notice and Cure.** Prior to initiating a lawsuit or arbitration regarding a legal dispute or claim relating in any way to this Agreement or the Loan, the party asserting the Claim (the "Claimant") shall give the other party (the "Defending Party") written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days, to resolve the Claim. Any Claim Notice to you will be sent by mail or email to the applicable address you have provided on your Application (or any updated address you have subsequently provided to us). Any Claim Notice to us shall be sent by mail to the Notice Address, Attn.: General Counsel. Any Claim Notice you send must provide your Loan Number, mailing address and telephone number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. The Claimant must reasonably cooperate in providing any information about the Claim that the Defending Party reasonably requests.

**Correspondence.** All notices to us must be sent to the Notice Address with such attention as may be specified in this Agreement. To the extent permitted under applicable law, any notice you send us will not be effective until we receive and have had a reasonable opportunity to act on such notice. Any written or electronic correspondence we send to you will be effective and deemed delivered when sent in accordance with any authorization for electronic communications you execute or when mailed to you at your mail address, as it appears on our records.

**Credit Reporting; Identity Theft; Obtaining Credit Reports.** You authorize us to make inquiries concerning your credit history and standing. We may report information about your Loan to credit bureaus. **Late payments, missed payments or other defaults on your Loan may be reflected in your credit report.** If you believe that any information about your Loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any Loan made by us, write to us at the Notice Address, Attn: Fraud/Dispute. In your letter (i) provide your name and Loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, submit an identity theft affidavit or identity theft report. You understand and agree that we may, from time to time, obtain credit and other reports about you.

**Truthfulness of Application.** You represent that every statement made in your Application for credit is true, complete and correct and that you are at least 18 years of age. YOU EXPRESSLY AUTHORIZE US TO ATTEMPT TO CONFIRM ANY STATEMENT MADE IN THE APPLICATION WITH YOUR EMPLOYER OR OTHER THIRD PARTIES.

**Notices of Change in Circumstances.** You must notify us of any changes to your name, mailing address, home, cell or business phone number within fifteen (15) days by writing us at the Notice Address. We will rely on your mail and email addresses as they appear on our records for any and all communications we send you by mail or email unless and until either you or, in the case of your mailing address, the U.S. Postal Service, notifies us of a change of address and we have had a reasonable opportunity to act on such notice.

**Telephone Recording.** You understand and agree that, subject to applicable law, we may monitor and/or record any

of your phone conversations with any of our representatives for training, quality control, evidentiary, and any other purposes. However, we are not under any obligation to monitor, record, retain, or reproduce such recordings, unless required by applicable law.

**TCPA, SMS Text, Autodialed Service, Automatic Reminders, Marketing Calls and Consent**. Notwithstanding any current or prior election to opt in or opt out of receiving calls or SMS messages (including text messages), from us, our agents, representatives, affiliates, assigns, attorneys, collection company, service providers or anyone calling or contacting on our behalf and successors (collectively, the “Lender Parties” or individually “Lending Party”), as good and valuable consideration for the loan provided to you, you expressly consent to receiving calls and messages (including text messages) via an automated telephone dialing system (“ATDS”) from Lender Parties at any telephone numbers associated with your account that you have provided or may provide in the future (including any cellular or mobile telephone numbers) with account servicing notices; with collection notices; or with marketing, promotional or mixed-marketing messages. You also authorize Lender Parties to contact you to provide account servicing notices, collection notices, marketing, promotional or mixed-marketing messages, using prerecorded/artificial voice messages via an ATDS. You also give the Lender Parties permission to communicate such information to you by push notification or e-mail. Automated messages may be played by a machine automatically when the telephone is answered, whether answered by you or someone else. In the event that an agent or representative calls, he or she may leave a message on your answering machine, voice mail, or send one via text. You may not revoke your consent to receiving account servicing or collection notices if you have an outstanding obligation with the Lender Parties or one of its affiliates or if You are using one of Lender Parties’ or their affiliate’s services. You may however contact Lender Party at any time to revoke Your consent to receiving marketing or promotional messages by emailing support@moneylion.com with the subject line “STOP Marketing Calls” and including Your name, mailing address, account number and telephone number and/or email address that you do not want to receive such calls, text messages or emails from; by calling a customer service representative at 888-704-6970 and providing the phone number and/or email address that you do not want to receive such calls, texts or emails from; or by replying “STOP” to any text messages that you receive to stop receiving such text messages at that number.

You certify, warrant and represent that the telephone numbers and/or emails that You have provided to Lender Parties are your personal telephone numbers and emails and agree that the Lender Parties will not be liable to you for any claims, damages, fees, inconvenience, annoyance or loss of privacy in connection with such calls, texts, or e-mails. You understand that anyone with access to your telephone or email account may listen to or read the messages, notwithstanding Lender Parties’ efforts to communicate only with You. If a telephone number(s) or email(s) you have provided to the Lender Parties changes, or if you cease to be the owner, subscriber or primary user of such telephone number(s) or email(s), you agree to immediately give the Lender Parties notice of such facts so that they may update its records. Your cellular or mobile telephone provider, internet provider or email provider will charge you according to the type of plan you carry.

You understand and agree that, subject to applicable law, Lender Parties may monitor and/or record any of your phone conversations with any of its representatives for training, quality control, evidentiary, and any other purposes. However, Lender Parties are not under any obligation to monitor, record, retain, or reproduce such recordings, unless required by applicable law.

**Assignment.** We may assign or transfer this Agreement or any of our rights hereunder. You may not assign or transfer your obligations under this Agreement without our consent.

**Partial Payments Marked Payment in Full.** Any check or other payment you provide us for less than your total outstanding Loan balance that is marked "payment in full" or with any similar language or that you otherwise tender as full satisfaction of a disputed amount must be sent to the Notice Address, Attn: Payment of Disputed Amount. We may deposit any such payment without such deposit effecting a satisfaction of the disputed amount.

**Settlements.** Any settlement of your Loan balance for less than what is owed requires our written agreement.

**Inadvertent Excessive Charges or Collection of Payments.** If a law which applies to this Agreement and which sets maximum charges is finally interpreted so that any fees or charges collected or to be collected in connection with this Agreement exceed the permitted limits, then: (i) any such charges or fees will automatically be reduced to the maximum permitted limit, retroactively effective as of the date of this Agreement, and as though this Agreement originally provided for the reduced charges or fees; and (ii) any sums already collected from you which exceeded permitted limits will be refunded to you. Also, if we inadvertently collect more payments than permitted by this Agreement or applicable law, we will refund to you any such excess payments. We may choose to make any refunds described in this section by reducing the amount you owe under this Agreement or by making a direct payment to you.

**Bankruptcy.** You represent that you are not contemplating bankruptcy and that you have not consulted with an attorney regarding bankruptcy in the past six months. All bankruptcy notices and related correspondence to us must be sent to us at the Notice Address, Attn: Bankruptcy Notice.

**Governing Law.** This Agreement (but not the Arbitration Provision) shall be governed by the substantive laws of your State.

**Interstate Commerce.** Part of our operations, banking transfers, originating and servicing of the Loan, and other activities relating to this Agreement are performed outside your state. You agree that for all purposes, this transaction involves interstate commerce.

**Electronic Transactions.** THIS AGREEMENT IS FULLY SUBJECT TO BORROWER'S CONSENT TO ELECTRONIC TRANSACTIONS AND DISCLOSURES, WHICH CONSENT IS SET FORTH IN THE TERMS OF USE FOR THE MONEYLION.COM WEBSITE, MOBILE APPLICATION AND INCORPORATED BY REFERENCE AS IF FULLY SET FORTH HEREIN. BORROWER EXPRESSLY AGREES THAT THIS AGREEMENT IS A "TRANSFERABLE RECORD" FOR ALL PURPOSES UNDER THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT AND THE UNIFORM ELECTRONIC TRANSACTIONS ACT.

**Severability.** Except as set forth in the Arbitration Provision, if any provision of this Agreement is held to be invalid or unenforceable under any law, rule or regulation, it shall not affect the validity or enforceability of any other provision of this Agreement.

**Privacy Notice.** Federal law requires us to tell you how we collect, share, and protect your personal information. You acknowledge that you have received a copy of our privacy notice, which is accessible at https://www.moneylion.com/privacy-notice (the "Privacy Notice"). You may review our Privacy Notice and practices with respect to your personal information at our website as linked herein.

**Entire Agreement.** This Agreement constitutes the sole agreement between you and us with respect to the subject matter of this Agreement.

**Statement of the Military Annual Percentage Rate.** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

You may call toll-free 1-888-399-9770 to receive oral disclosures of the Military APR and my payment schedule and obligations.

Covered Borrowers, as defined by federal law, will not be required to comply with binding arbitration nor shall they be eligible for the Special Payment provided in the Disputes Agreement. Should they refuse to arbitrate a Claim, all other provisions of the Disputes Agreement remain in full force.

**STATE DISCLOSURES.** See your State Disclosures.

**NOTICE TO ALABAMA RESIDENTS**: Alabama law permits a late fee of ten dollars ($10) or 5% of the outstanding balance, whichever is greater on installments not paid within 10 days of its due date.

**NOTICE TO ALASKA RESIDENTS**: Alaska law permits a late fee of twenty dollars ($25) or 10% of the outstanding amount, whichever is less.

**NOTICE TO CALIFORNIA RESIDENTS:** By executing this Agreement, you specifically agree that we may access the records of the California Department of Motor Vehicles from time to time to obtain your current mailing address, and by so agreeing, you are specifically waiving your rights under sections 1808.21 and 1808.22 of the California Vehicle Code.

A married applicant may apply for a separate account. If Lender takes any adverse action as defined by § 1785.3 of the California Civil Code and the adverse action is based, in whole or in part, on any information contained in a consumer credit report, Borrower has the right to obtain within 60 days a free copy of Borrower's consumer credit report from the consumer reporting agency who furnished the consumer credit report and from any other consumer credit reporting agency that complies and maintains files on consumers on a nationwide basis.

California law permits a late fee of ten dollars ($10) for a payment in default for a period of not less than ten (10) days

and at late fee of fifteen dollars ($15) for a payment in default for a period of not less than 15 days. California law permits a fee of fifteen dollars ($15) for a dishonored check or negotiable order of withdrawal.

**NOTICE TO CALIFORNIA AND UTAH RESIDENTS:** As required by California and Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

**NOTICE TO COLORADO RESIDENTS**: Colorado permits a delinquency charge of fifteen dollars ($15) or 5% of the unpaid amount on any installment or payment not paid in full within ten (10) days of its due date. Colorado law permits a dishonored payment fee of twenty dollars ($20).

**NOTICE TO CONNECTICUT RESIDENTS**: Connecticut law permits a late charge of twenty-five dollars ($25) or 5% of the outstanding payment, whichever is less, for a payment not paid in full within ten (10) days of its due date. Connecticut law permits a dishonored payment fee of twenty dollars ($20).

**NOTICE TO FLORIDA RESIDENTS**: Florida law permits a late fee of fifteen dollars ($15) for payments not paid in full within ten (10) days of its due date. Florida law permits a dishonored payment fee of twenty dollars ($20).

**NOTICE TO GEORGIA RESIDENTS**: Georgia law permits a late or delinquent charge of ten dollars ($10) or an amount equal to 5 cent(s) for each $1.00 of each installment which is not paid within five (5) days from the date such payment is due, whichever is greater..

**NOTICE TO IDAHO RESIDENTS**: Idaho law permits a fee of 12% per annum from the date of dishonor and cost of collection not to exceed twenty dollars ($20) or the face amount of the check for any dishonored check or negotiable order of withdrawal.

**NOTICE TO ILLINOIS RESIDENTS:** Illinois law permits a delinquency charge on each installment in default for a period of not less than 10 days not exceeding 5% of the installment on installments in excess of $200 or ten dollars ($10) on installments of $200 or less.

**NOTICE TO INDIANA AND MAINE:** The provisions of this Agreement regarding the payment of collection agency costs and court costs do not apply to Indiana or Maine residents.

**NOTICE TO INDIANA RESIDENTS:** Indiana law permits a late fee or delinquency charge with respect to a consumer loan of not more than five dollars ($5) on any installment or minimum payment not paid in full within ten (10) days after its scheduled due date.

**NOTICE TO IOWA RESIDENTS: IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. LENDER MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.**

**NOTICE TO IOWA AND KANSAS RESIDENTS:** NOTICE TO CONSUMER: 1. Do not sign this Agreement before you read it. 2. You are entitled to a copy of this Agreement. 3. You may prepay the unpaid balance at any time without penalty.

**NOTICE TO KANSAS RESIDENTS**: Kansas law permits a delinquency charge or 5% of the unpaid installment or twenty-five ($25), whichever is less, for any installment not paid within ten (10) days after its scheduled due date. Kansas law permits a dishonored payment fee of ten dollars ($10) or a larger amount if provided for within the contract but such charge may not exceed thirty dollars ($30).

**NOTICE TO MAINE RESIDENTS:** Maine law permits a delinquency fee of 5% of the unpaid amount of the past due installment not to exceed ten dollars ($10) for any installment not paid within fifteen (15) days after its scheduled due date.

**NOTICE TO MARYLAND RESIDENTS:** Lender elects to make this Agreement pursuant to Subtitle 10 (Credit Grantor Closed End Credit provisions) of Title 12 of the Maryland Commercial Law Article only to the extent that such provisions are not inconsistent with Lender's authority under federal law (12 U.S.C. § 85, § 1463(g), or § 1831d, as appropriate) and related regulations and interpretations, which authority Lender expressly reserves.

**NOTICE TO MASSACHUSETTS RESIDENTS:** Massachusetts law prohibits discrimination based upon marital status or sexual orientation. Massachusetts law permits a delinquency fee of 5% of the unpaid installment or five dollars ($5), whichever is less, on installments not paid within fifteen (15) days of the due date. Massachusetts law permits a

dishonored payment fee of ten dollars ($10).

**NOTICE TO MINNESOTA RESIDENTS:** Minnesota law permits a delinquency charge on a payment not paid in full on or before the tenth day after its due date in an amount not to exceed five percent of the amount of the payment or $7.80, whichever is greater. A dishonored payment fee not to exceed $30 may be imposed for any ACH transfers or checks that are returned or fail due to insufficient funds in your account.

Minnesota law does not permit any term of writing that provides for the payment by the debtor of attorneys' fees except for lawful fees to be paid to an attorney in connection with the foreclosure of a real estate mortgage.

**NOTICE TO MISSOURI AND NEBRASKA RESIDENTS:** ORAL LOAN AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF SUCH DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE. TO PROTECT BORROWER(S) AND THE LENDER AND ANY HOLDER OF THIS AGREEMENT FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

**NOTICE TO MONTANA RESIDENTS**: Montana law permits a late fee of fifteen dollars ($15) or 5% of the past due amount not to exceed fifty dollars ($50), whichever is greater.

**NOTICE TO NEW HAMPSHIRE RESIDENTS:** If we refer this Agreement to an attorney for collection, you agree to pay our reasonable attorneys' fees. However, if you prevail in a) any action, suit, or proceeding we bring, or b) an action brought by you in connection with this Agreement, or if you successfully assert a partial defense or setoff, recoupment, or counterclaim to an action brought by us, the court may withhold from us the entire amount or such portion of the attorneys' fees as the court considers equitable.

**NOTICE TO NEW JERSEY RESIDENTS:** The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, actions or practices (i) by which Lender is or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may be or will be taken by Lender unless prohibited by "applicable law" are permitted by New Jersey law.

New Jersey permits a dishonored check fee of twenty dollars ($20).

**NOTICE TO NEW YORK, RHODE ISLAND and VERMONT RESIDENTS:** Borrower understands and agrees that Lender may obtain a consumer credit report in connection with this application and in connection with any update, renewals for extension of any credit as a result of this application. If Borrower asks, Borrower will be informed whether or not such a report was obtained, and if so, the name and address of the agency that furnished the report. Borrower also understands and agrees that Lender may obtain a consumer credit report in connection with the review or collection of any loan made to Borrower as a result of this application or for other legitimate purposes related to such loans.

New York law permits a dishonored payment fee of twenty dollars ($20).

**NOTICE TO NEW MEXICO RESIDENTS:** New Mexico law permits a delinquency fee of $0.05 per $1 of each installment more than ten (10) days in arrears not to exceed ten ($10) dollars. We do not charge New Mexico citizens with a dishonored payment fee. We will only re-present an ACH one time after it is returned unpaid.

**NOTICE TO NORTH CAROLINA RESIDENTS**: North Carolina law permits a delinquency fee of fifteen dollars ($15) on installments not paid within ten (10) days of being due.

**NOTICE TO NORTH DAKOTA RESIDENTS:** North Dakota law permits a delinquency fee on any installment continuing unpaid for five (5) or more days from when the payment is due that equals a sum that does not exceed the amount of charges during the final full month of the loan before maturity.

**NOTICE TO OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

Ohio law permits a dishonored payment fee of twenty dollars ($20).

**NOTICE TO OREGON RESIDENTS:** Oregon law permits a late fee of 5% of the unpaid amount due or $5, whichever is less.

**NOTICE TO PENNSYLVANIA RESIDENTS**: Pennsylvania law permits a delinquency fee of one-and-one-half percent (1½% or 1.5%) per month on the amount delinquent or in arrears.

**NOTICE TO SOUTH DAKOTA RESIDENTS:** South Dakota law permits a delinquency or late charge of 5% of the unpaid installment or $15, whichever is greater, not to exceed $50.

**NOTICE TO SOUTH CAROLINA RESIDENTS:** South Carolina law permits a delinquency charge not to exceed five dollars ($5) and which may not be more than five percent (5%) of the unpaid amount of the installment for installments that are not paid in full within ten (10) days after its due date.

**NOTICE TO TEXAS RESIDENTS:** You give up (waive) your common law rights to receive notice of intent to accelerate and notice of acceleration. This means that you give up the right to receive notice that we intend to demand that you pay all that you owe on this contract at once (accelerate) and notice that we have accelerated. This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.

Texas law permits additional interest for loans in default or for installments that remain unpaid for ten (10) days after the day on which the installment was due that equals five cents ($0.05) per $1 of the scheduled installment.

**NOTICE TO VERMONT RESIDENTS:** NOTICE TO CO-BORROWER: EXECUTING THIS AGREEMENT MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THE LINE. IF THE BORROWER DOES NOT PAY, WE HAVE A LEGAL RIGHT TO COLLECT FROM YOU.

**NOTICE TO VIRGINIA RESIDENTS**: Virginia law permits a dishonored check fee of fifteen dollars ($15) for each returned check.

**NOTICE TO WASHINGTON RESIDENTS:** Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law.

**NOTICE TO WEST VIRGINIA RESIDENTS:** Any provision in this Agreement authorizing the holder of this Agreement to collect attorneys' fees in the event of a default are void if the party being sued for collection is a resident of the State of West Virginia.

West Virginia law permits a delinquency fee for installments not paid within ten (10) days of its due date equal to 5% of the unpaid installment not to exceed thirty dollars ($30).

**NOTICE TO WISCONSIN RESIDENTS:** (1) If you are married and are extended individual credit, Wis. Stat. 766.56(3)(b) requires us to notify your spouse of the extension of credit. (2) Additionally, no provision of a marital property agreement, a unilateral agreement under Wis. Stat. 766.59, or a court decree under Wis.Stat. 766.70 adversely affects our interests unless prior to the time the credit is extended, we are furnished with a copy of the Agreement or statement, or have actual knowledge of the adverse provision when the obligation is incurred. We will presume you are a single person unless you advise us the contrary and provide us with your spouse's name and address.

**Breach and Default.** In Wisconsin, you will be in default under this Agreement upon any of the following events: (1) you fail to pay an amount exceeding one full payment, which has remained unpaid for more than 10 days after its due date; (2) you fail to pay the first payment or the last payment within 40 days of its due date; or (3) you fail to keep your promises under this Agreement, if your failure materially impairs the condition, value, or protection of our right in any collateral securing the transaction or materially impairs your ability to pay amounts due under the transaction.

**Remedies in Event of Default.** In Wisconsin, upon the occurrence of any event of default, and subject to notice and right to cure, if required by statute, we may do any one or more of the following: (a) declare the whole outstanding unpaid balance under this Agreement due and payable at once and proceed to collect it; (b) initiate a collection action against you; (c) liquidate or seize all the property and funds in your Securities Accounts in accordance with applicable law; (d) exercise all other rights, powers and remedies given by law; and (e) recover from you all charges, costs, and expenses allowable by law, including statutory attorney's fees. In the event of default, interest shall continue to accrue until the Principal, together with all accrued and unpaid finance charges and costs, is fully repaid.

Wisconsin law permits a delinquency fee for installments not paid within ten (10) days of its due date equal to 5% of

the unpaid amount of the installment or ten dollars ($10), whichever is less. Wisconsin law permits a dishonored check fee of fifteen dollars ($15) for each returned check or other instrument you give us for payment that is returned unsatisfied because the drawer does not have an account with the drawee, does not have sufficient funds in her/his account, or does not have sufficient credit with drawee.

**NOTICE TO CUSTOMERS**

(a) DO NOT SIGN THIS BEFORE YOU READ THE ENTIRE AGREEMENT, EVEN IF OTHERWISE ADVISED

(b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.

(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.

(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**BY CLICKING "I AGREE" BELOW, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT AND THAT YOU HAVE PRINTED OR SAVED A COPY OF THIS AGREEMENT, ALL EFFECTIVE AS OF THE AGREEMENT DATE ABOVE.**

**By: /s/ Christopher Valencia**

Name on Application: christopher valencia

Christopher Valencia

Date of Agreement: 2021-06-12