TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

PAK HEINZ PLLC
Noah Heinz (SBN 368281)
noah.heinz@pakheinz.com
Albert Pak (SBN 361123)
albert.pak@pakheinz.com
20 F. Street NW, 7th Floor
Washington, DC 20001
Telephone: 202.505.6350

*Attorneys for Plaintiffs*
Elena Bisquera, Chris Valencia, and Jason Jones, on behalf of themselves and all others similarly situated

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br>v.<br><br>MoneyLion Technologies Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO COMPEL ARBITRATION** |

Pursuant to Local Rule 7-1, Plaintiffs Elena Bisquera, Chris Valencia, and Jason Jones, together with Defendants MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC, hereby jointly stipulate as follows:

1. Whereas Plaintiffs filed a putative class action complaint against Defendants in this Court on June 15, 2026, *see* ECF No. 1;
2. Whereas, pursuant to the parties' prior stipulation, Defendants' deadline to respond to Plaintiffs' complaint is currently set for September 14, 2026, *see* ECF No. 11;
3. Whereas Defendants are filing motions to compel arbitration of Plaintiffs' claims concurrently herewith (the "Motions"), which, if successful, will necessitate a prolonged stay of this matter while the parties arbitrate their individual claims, pursuant to *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024), and *Herrera v. Cathay Pac. Airways Ltd.*, 104 F.4th 702, 711 (9th Cir. 2024); and
4. Whereas the parties believe that good cause exists for a temporary stay of litigation deadlines in this matter, in order to conserve judicial and party resources until Defendants' Motions are resolved, including any appeals from this Court's ruling thereon;

For these reasons, IT IS HEREBY STIPULATED that all litigation deadlines in this matter, including Defendants' response deadline to Plaintiffs' complaint, should be STAYED pending this Court's resolution of Defendants' Motions, including any appeals resulting therefrom. Pursuant to Local Rule 52-4.1, a proposed order is appended hereto for the Court's review and signature.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

Dated: September 14, 2026

TROUTMAN PEPPER LOCKE LLP

By: /s/ Elizabeth Holt Andrews
Elizabeth Holt Andrews*

*Attorneys for Defendants*
MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC

Dated: September 14, 2026

PAK HEINZ PLLC

By: /s/ *Noah Heinz*
Noah Heinz

*Attorneys for Plaintiffs*
Elena Bisquera, Chris Valencia, and Jason Jones

Troutman Pepper Locke LLP
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057

*Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Elizabeth Holt Andrews, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews