**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

ELENA BISQUERA, ET AL.,

Plaintiffs,

*v.*

MONEYLION TECHNOLOGIES INC., ET AL.,

Defendants.

Case No. 5:26-cv-03296-SSS-Ex

**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF MOTIONS TO COMPEL ARBITRATION [DKT. NO. 15]**

On September 14, 2026, Plaintiffs Elena Bisquera, Chris Valencia, and Jason Jones, together with Defendants MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC, filed a joint stipulation to stay this matter pending resolution of Defendants' motions to compel arbitration ("Motions").

The Court, having considered the parties' joint stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

All litigation deadlines in this matter, including Defendants' response deadline to Plaintiffs' complaint, are hereby STAYED pending this Court's resolution of Defendants' Motions, including any appeals resulting therefrom.

IT IS SO ORDERED.

Dated: September 16, 2026

SUNSHINE S. SYKES
United States District Judge