UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA BISQUERA ET AL., Plaintiffs, v. MONEYLION TECHNOLOGIES, INC. ET AL., Defendants. | Case No. 22-cv-00000-SSS-E **(PROPOSED) ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO BISQUERA AND JONES (Dkt. 13)** |

On September 14, 2026, Defendants filed a motion to compel arbitration as to Plaintiffs Bisquera and Jones (Dkt. 13).

Defendants seek individual arbitration, enforcement of a class-action waiver, and related dismissal or stay of Plaintiffs' claims.

Having considered the motion, Plaintiffs' Response, the supporting papers, and the applicable law, the Court DENIES the motion and ORDERS as follows:

1. Defendants' motion to compel arbitration as to Bisquera and Jones (Dkt. 13) is DENIED. Defendants have not established that Bisquera and Jones assented to the particular arbitration provision they seek to enforce because notice was not

sufficiently conspicuous. *See Berman v. Freedom Fin. Network, LLC*, 30 F.4th 849 (9th Cir. 2022).

2. In the alternative, assuming the asserted agreements were formed, their arbitration provisions are procedurally and substantively unconscionable under California law. The nonnegotiable presentation and burdensome opt-out requirements create procedural oppression and surprise. The indefinite staged mass-arbitration process, one-sided appellate rights, onerous pre-filing process, fee-shifting provision, overbroad confidentiality provision, violation of section 1670.15, and the New York choice of law clause are each substantively unconscionable. *See Heckman v. Live Nation Ent., Inc.*, 120 F.4th 670, 681 (9th Cir. 2024); *MacClelland v. Cellco Partnership*, 609 F. Supp. 3d 1024, 1040-42 (N.D. Cal. 2022).
3. The unconscionable provisions are not separable because the number of unconscionable provisions and their importance persuades the Court that the contract is tainted with illegality and cannot be saved by severance.
4. The related requests to enforce the class-action waiver and to dismiss or stay the claims based on compelled arbitration are DENIED.

IT IS SO ORDERED.

Dated:

______________________________

SUNSHINE S. SYKES
United States District Judge