UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELENA BISQUERA ET AL.,
Plaintiffs,
v.

MONEYLION TECHNOLOGIES, INC. ET AL.,
Defendants.

Case No. 22-cv-00000-SSS-E

**(PROPOSED) ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO VALENCIA (Dkt. 14)**

On September 14, 2026, Defendants filed a motion to compel arbitration as to Plaintiff Christopher Valencia (Dkt. 14).

Defendants seek individual arbitration, enforcement of a class-action waiver, and related dismissal or stay of Valencia's claims.

Having considered the motion, Valencia's Response, the supporting papers, and the applicable law, the Court DENIES the motion and ORDERS as follows:

1. Defendants' motion to compel arbitration as to Valencia (Dkt. 14) is DENIED. Defendants have not established that Valencia assented to the particular arbitration provision they seek to enforce. The account-opening

image depicts unselected boxes; the membership image names another person and displays a payment date inconsistent with the asserted enrollment date. The declaration does not adequately explain how the printed electronic signatures are attributable to Valencia. The later membership and loan documents do not cure those deficiencies or establish which version of the incorporated dispute agreement was made available. *See Ruiz v. Moss Bros. Auto Grp., Inc.*, 232 Cal. App. 4th 836, 843-46 (Ct. App. 2014).

2. The related requests to enforce Valencia's class-action waiver and to dismiss or stay his claims based on compelled arbitration are DENIED.

IT IS SO ORDERED.

Dated:

______________________________

SUNSHINE S. SYKES
United States District Judge