TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br>v.<br><br>MoneyLion Technologies Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO EXCEED TEN-PAGE LIMIT ON REPLY BRIEFS IN SUPPORT OF MOTIONS TO COMPEL ARBITRATION, ECF NOS. 13 & 14; MEMORANDUM OF POINTS AND AUTHORITIES** |

Pursuant to Civil L.R. 7-19 Defendants MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC hereby submit this application for an order permitting Defendants to exceed the 10-page limit for reply briefs set forth in this Court's Civil Standing Order, ¶ IV.D.

Specifically, Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiffs Elena Bisquera and Jason Jones, ECF No. 13, is 22 pages in length. Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiff Christopher Valencia, ECF No. 14, is 12 pages in length.

Good cause exists for this application because Plaintiffs' Oppositions, ECF Nos. 17 and 18, raise numerous complex issues of federal and California law that were not discussed in Defendants' opening papers. Defendants believe that the arguments contained in the extra pages of their reply briefs will support the Court's efforts to fully and completely assess the issues presented in the motions to compel arbitration.

Counsel for Plaintiffs does not oppose this Application. Declaration of Elizabeth Holt Andrews, ¶ 7.

Dated: October 9, 2026 TROUTMAN PEPPER LOCKE LLP

By: */s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under this Court's Procedures, "Replies must not exceed ten (10) pages. Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations." *See* Civil Standing Order at 14, ¶ IV.D. Defendants request permission to extend the 10-page limit in their two concurrently filed reply briefs.

Specifically, Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiffs Elena Bisquera and Jason Jones, ECF No. 13, is 22 pages in length. Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiff Christopher Valencia, ECF No. 14, is 12 pages in length.

The requisite good cause exists in this instance. Plaintiffs' Oppositions, ECF Nos. 17 and 18, raise numerous complex issues of federal and California law that were not discussed in Defendants' opening papers. For example, Plaintiffs contest which state's law applies to the motion, requiring Defendants to perform a choice of law analysis and make arguments under the law of multiple states in their reply submissions.

These are complicated and nuanced issues. Defendants believe that the arguments contained in the extra pages of their reply briefs will support the Court's efforts to fully and completely assess the issues presented in the motions to compel arbitration and will enable presentation of the arguments most effectively and efficiently for the Court.

For the reasons stated above, Defendants respectfully request that the Court grant relief as requested in this Unopposed Application for the reasons set forth herein. Counsel for Plaintiffs do not oppose this Application. Declaration of Elizabeth Holt Andrews, ¶ 7.

Dated: October 9, 2026 TROUTMAN PEPPER LOCKE LLP

By: */s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC