TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys for Defendants*
MoneyLion Technologies Inc.,
MoneyLion of California LLC,
and ML Plus LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION—RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br>v.<br><br>MoneyLion Technologies Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**DECLARATION OF ELIZABETH HOLT ANDREWS IN SUPPORT OF DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO EXCEED TEN-PAGE LIMIT ON REPLY BRIEFS IN SUPPORT OF MOTIONS TO COMPEL ARBITRATION, ECF NOS. 13 & 14** |



TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

I, Elizabeth Holt Andrews, declare the following:

1. I am counsel of record for Defendants MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC in this action.

2. On September 14, 2026, Defendants filed two Motions to Compel Arbitration. ECF Nos. 13, 14.

3. On October 2, 2026, Plaintiffs filed Responses in Opposition to those Motions to Compel. ECF Nos. 17, 18.

4. Plaintiffs' Oppositions raise various complex issues of California law, which among other things require Defendants, in their reply briefs, to engage in a choice of law analysis and make arguments under the laws of various states.

5. This Court's Civil Standing Order provides that reply memoranda shall not exceed ten (10) pages in length. ECF No. 10, ¶ IV.D.

6. Given the complexity of Plaintiffs' arguments in opposition, Defendants respectfully request an extension of the page limits on their reply briefs. Specifically, Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiffs Elena Bisquera and Jason Jones, ECF No. 13, is 22 pages in length. Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiff Christopher Valencia, ECF No. 14, is 12 pages in length.

7. On October 9, 2026, I spoke by telephone with Plaintiffs' counsel Noah Heinz to inquire whether he opposes this request. Mr. Heinz later confirmed via email that he does not oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on October 9, 2026.

*<u>/s/ Elizabeth Holt Andrews</u>*
Elizabeth Holt Andrews

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057