**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION—RIVERSIDE**

Elena Bisquera, et al.,

Plaintiffs,

v.

MoneyLion Technologies Inc., et al.,

Defendants.

Case No. 5:26-cv-03296-SSS-Ex

**ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO EXCEED TEN-PAGE LIMIT ON REPLY MEMORANDA IN SUPPORT OF MOTIONS TO COMPEL ARBITRATION**

**[NOTE: CHANGES MADE BY COURT]**

On October 9, 2026, Defendants MoneyLion Technologies Inc., MoneyLion of California LLC, and ML Plus LLC ("Defendants") filed an unopposed ex parte application for an order allowing Defendants to file reply briefs exceeding the ten-page limit set forth in this Court's Civil Standing Order, ¶ IV.D.

Specifically, Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiffs Elena Bisquera and Jason Jones, ECF No. 13, is 22 pages in length. Defendants' proposed reply brief in support of their motion to compel arbitration as to Plaintiff Christopher Valencia, ECF No. 14, is 12 pages in length.

Good cause exists for this application because Plaintiffs' Oppositions, ECF Nos. 17 and 18, raise numerous complex issues of federal and California law that were not discussed in Defendants' opening papers. Defendants believe that the arguments contained in the extra pages of their reply briefs will support the Court's efforts to fully and completely assess the issues presented in the motions to compel arbitration.

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' ex parte application is GRANTED.[1]

IT IS FURTHER ORDERED that Defendants' proposed reply briefs submitted in support of their motions to compel arbitration are permitted to exceed the ten-page limit and are acceptable as filed.

IT IS SO ORDERED.

Dated: October 13, 2026

SUNSHINE S. SYKES
United States District Judge

[1] Although the Court permits Defendants to exceed the applicable page limits here, future filings must comply with the Court's Standing Order unless prior leave is obtained.