PAK HEINZ PLLC
Noah Heinz (Bar No. 368281)
Noah.Heinz@pakheinz.com
Albert Pak (Bar No. 361123)
Albert.Pak@pakheinz.com
20 F St. NW, 7th Floor
Washington, D.C. 20001
Telephone: (202) 505-6354

*Attorneys for Plaintiffs and all those similarly situated*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION–RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MoneyLion Technologies, Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO ELENA BISQUERA AND JASON JONES** |

Under Civil Local Rule 7-19, Plaintiffs Elena Bisquera and Jason Jones ("Plaintiffs") submit this *ex parte* application for an order permitting Plaintiffs, notwithstanding Local Rule 7-10, to file a sur-reply in opposition to Defendants' Motion to Compel Arbitration as to Plaintiffs Elena Bisquera and Jason Jones. The proposed sur-reply is attached to this application and is five pages in length.

Good cause exists to allow this sur-reply because Defendants filed an extensive 22-page reply which raised multiple new arguments, characterized portions of the arbitration contract, and addressed legal authorities that the Motion did not cite. Because the Court vacated the hearing, Dkt. 22, Plaintiffs would have no opportunity to respond to the arguments in the reply if they are not permitted to file a sur-reply.

Counsel for Defendants does not oppose this Application. Declaration of Noah Heinz ¶¶ 6, 10.

Dated: October 15, 2026

Respectfully submitted,

By: <u>*/s/ Noah Heinz*</u>

Noah Heinz
Albert Pak
PAK HEINZ PLLC
20 F Street N.W., 7th Floor
Washington, D.C. 20001
Tel.: (202) 505-6354
Email: noah.heinz@pakheinz.com
Email: albert.pak@pakheinz.com
*Counsel for Plaintiffs*