PAK HEINZ PLLC
Noah Heinz (Bar No. 368281)
Noah.Heinz@pakheinz.com
Albert Pak (Bar No. 361123)
Albert.Pak@pakheinz.com
20 F St. NW, 7th Floor
Washington, D.C. 20001
Telephone: (202) 505-6354

*Attorneys for Plaintiffs and all those similarly situated*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION–RIVERSIDE**

| | |
|---|---|
| Elena Bisquera, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MoneyLion Technologies, Inc., et al.,<br><br>Defendants. | Case No. 5:26-cv-03296-SSS-E<br><br>**DECLARATION OF NOAH HEINZ IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO ELENA BISQUERA AND JASON JONES** |

I, Noah Heinz, declare the following:

1. I am counsel of record for Plaintiffs Elena Bisquera and Jason Jones in this action.

2. On September 14, 2026, Defendants filed two Motions to Compel Arbitration. Dkts. 13. 14.

3. On October 2, 2026, Plaintiffs filed Responses in Opposition to those Motions to Compel. Dkts. 17, 18.

4. On October 9, 2026, I spoke with Defendants' counsel Elizabeth Andrews regarding a requested extension of page limits for Defendants' reply.

5. On October 9, 2026, I confirmed by email that Plaintiffs did not oppose the motion for more pages so long as Defendants would not oppose a later motion for leave to file a sur-reply.

6. On October 9, 2026, Defendants' counsel Elizabeth Andrews confirmed by email that Defendants would not oppose a motion for leave to file a sur-reply.

7. On October 9, 2026, Defendants filed a Reply in Support of Notice of Motion and Motion to Compel Arbitration, which was 22 pages in length. Dkt. 19.

8. On October 13, 2026, the Court granted Defendants' Unopposed Ex Parte Application for Leave to Exceed Ten-Page Limit on Reply Memoranda in Support of Motions to Compel Arbitration. Dkt. 21, Dkt. 23.

9. Defendants' 22-page Reply is lengthy and raises several new substantive arguments that warrant a response from Plaintiffs in the form of a sur-reply.

10. On October 15, 2026, I confirmed by email with Defendants' counsel that they do not oppose a motion for leave to file a sur-reply. Defendants' counsel Elizabeth Andrews confirmed by email that Defendants do not oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on October 15, 2026.

*/s/ Noah Heinz*
Noah Heinz