**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION–RIVERSIDE**

Elena Bisquera, et al.,

Plaintiffs,

vs.

MoneyLion Technologies, Inc., et al.,

Defendants.

Case No. 5:26-cv-03296-SSS-Ex

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO ELENA BISQUERA AND JASON JONES**

On October 15, 2026, Plaintiffs Elena Bisquera and Jason Jones ("Plaintiffs") filed an application for leave to file a sur-reply in opposition to Defendants' Reply Memorandum of Points and Authorities in Support of Defendants' Motion to Compel Arbitration as to Elena Bisquera and Jason Jones. Dkt. 19.

Defendants' reply, Dkt. 19, is 22 pages in length, and the Court permitted it to exceed the ten-page limit. Dkt. 23. Good cause exists for the motion because Defendants' Reply raises new argument at length that Plaintiffs did not have an opportunity to address in their Opposition. Dkt. 17. Plaintiffs' proposed sur-reply was lodged concurrently with the motion, and is five pages long.

The arguments contained in the sur-reply will support the Court's efforts to fully and completely address the issues presented in the motion to compel arbitration.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs' application for leave to file a sur-reply is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' proposed sur-reply, lodged concurrently with the application, is acceptable as filed.

IT IS SO ORDERED.

Dated: October 19, 2026

SUNSHINE S. SYKES
United States District Judge